**ORIGINAL**

| | |
|---|---|
| 1 | Rebecca Lawlor Calkins (SBN: 195593) |
| | **WINSTON & STRAWN LLP** |
| 2 | 333 S. Grand Avenue |
| | Los Angeles, California 90071-1543 |
| 3 | rcalkins@winston.com |
| | (213) 615-1700 (Telephone) |
| 4 | (213) 615-1750 (Facsimile) |
| 5 | Jennifer A. Golinveaux (SBN: 203056) |
| | **WINSTON & STRAWN LLP** |
| 6 | 101 California Street |
| | San Francisco, CA 94111-5894 |
| 7 | jgolinveaux@winston.com |
| | (415) 591-1000 (Telephone) |
| 8 | (415) 591-1400 (Facsimile) |
| 9 | Michael S. Elkin (*pro hac vice* motion pending) |
| | Thomas P. Lane (*pro hac vice* motion pending) |
| 10 | **WINSTON & STRAWN LLP** |
| | 200 Park Avenue |
| 11 | New York, New York 10166 |
| | melkin@winston.com |
| 12 | tlane@winston.com |
| | (212) 294-6700 (Telephone) |
| 13 | (212) 294-4700 (Facsimile) |
| 14 | Attorneys for Plaintiff |

FILED
AUG 1 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

**BY FAX**

| | |
|---|---|
| VEOH NETWORKS, INC., a California corporation, | Case No. |
| Plaintiff, | **'07 CV 1568 W (BLM)** |
| vs. | |
| UMG RECORDINGS, INC., a Delaware corporation; UNIVERSAL MUSIC CORP., a New York corporation; SONGS OF UNIVERSAL, INC., a California corporation; UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., a Delaware corporation; RONDOR MUSIC INTERNATIONAL, INC., a California corporation; and DOES 1-10 INCLUSIVE, | **MOTION TO FILE NOTICE OF PARTY WITH FINANCIAL INTEREST UNDER SEAL** |
| Defendants. | |

1

MOTION TO FILE NOTICE OF PARTY WITH FINANCIAL INTEREST UNDER SEAL

1  Defendant, Veoh Networks, Inc., hereby moves, pursuant to Civil Local Rule 79.2, to file Plaintiff's Notice of Party with Financial Interest pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 40.2 under seal.

Plaintiff will lodge its Notice of Party with Financial Interest under seal because the Notice identifies stockholder information related to Plaintiff, which information is confidential and not publicly available.

This motion is narrowly tailored to seal only those materials containing confidential information. The only information disclosed in this Notice is the confidential identity related to Plaintiff's stockholders. Consequently Plaintiff requests that the entire Notice be filed under seal. Such sealed filing will not result in the sealing of any information other than the confidential information Plaintiff seeks to protect.

Dated: August 9, 2007

WINSTON & STRAWN LLP

By: *[signature]*
Rebecca Lawlor Calkins
333 S. Grand Avenue
Los Angeles, California 90071-1543
(213) 615-1700 (Telephone)
(213) 615-1750 (Facsimile)

and

Jennifer A. Golinveaux
101 California Street
San Francisco, California 94111-5894
(415) 591-1000 (Telephone)
(415) 591-1400 (Facsimile)

and

Michael S. Elkin (*pro hac vice* motion pending)
Thomas P. Lane (*pro hac vice* motion pending)
200 Park Avenue
New York, New York 10166-4193
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)
Attorneys for Plaintiff

MOTION TO FILE NOTICE OF PARTY WITH FINANICAL INTEREST UNDER SEAL