**FILED**
AUG 1 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEOH NETWORKS, INC., <br><br> Plaintiff, <br> v. <br><br> UMG RECORDINGS, INC., et al., <br><br> Defendants. | CASE NO. 07-CV-1568 W (BLM) <br><br> ORDER GRANTING MOTION TO FILE NOTICE OF PARTY WITH FINANCIAL INTEREST UNDER SEAL |

UNDER SEAL

Plaintiff's motion to file a notice of party with a financial interest is hereby **GRANTED**.

IT IS SO ORDERED.

Dated: August 13, 2007

Hon. THOMAS J. WHELAN
United States District Court
Southern District of California