Rebecca Lawlor Calkins (SBN 195593)
Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Plaintiff
VEOH NETWORKS, INC.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

VEOH NETWORKS, INC., a Calfornia corporation

Plaintiff(s)

v.

UMG RECORDINGS, INC., a Delaware corporation

Defendant(s)

CASE NUMBER: CV 07 – 1568 W (BLM)

**PROOF OF SERVICE
SUMMONS AND COMPLAINT**
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
    a. ☒ summons  ☒ complaint  ☐ alias summons  ☐ first amended complaint
       ☐ second amended complaint
       ☐ third amended complaint

   ☒ other *(specify)*: See "Attachment" for additional documents served

2. **Person served:**
    a. ☒ Defendant *(name)*: SONGS OF UNIVERSAL, INC. a California corporation
    b. ☒ Other *(specify name and title or relationship to the party/business named)*:
       CT Corp. System, Agent for Service of Process, by leaving with Margaret Wilson, Process Specialist / Authorized
    c. ☒ Address where papers were served: 818 W. 7th Street, Los Angeles, CA 90017

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:
    a. ☒ Federal Rules of Civil Procedure
    b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:
    a. ☒ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
       1. ☒ Papers were served on *(date)*: August 13, 2007  at *(time)*: 3:20 p.m.
    b. ☐ By **Substituted service.** By leaving copies:
       1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
       2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
       3. ☐ Papers were served on *(date)*: _____  at *(time)*: _____
       4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
       5. ☐ papers were mailed on *(date)*: _____
       6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

PROOF OF SERVICE - SUMMONS AND COMPLAINT

CV-1 (04/01)                                                                                                                         PAGE 1

2002 © American LegalNet, Inc.

dockets.Justia.com

"Attachment"

VEOH NETWORKS, INC. VS. UMG RECORDINGS, INC.
07CV1568 W (BLM)

- Notice of Party With Financial Interest

- Motion to File Notice Party with Financial Interest Under Seal

Win.St.15194.vm

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):* _____ at *(time):* _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*
   John Aldana, Los Angeles Co. #5261
   Nationwide Legal, Inc.
   316 West 7th Street, Suite 705
   Los Angeles, California 90012
   (213) 625-9100
   Winston&Strawn 15194.vm

   a. Fee for service: $
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 16, 2007

_____
*(Signature)*

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                    PAGE 2

2002 © American LegalNet, Inc.

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 333 South Grand Avenue, Los Angeles, CA 90071-1543. On August 20, 2007, I served the within documents:

**PROOF OF SERVICE SUMMONS AND COMPLAINT**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

[ ] On August 20, 2007, I sent such document(s) from facsimile machine 213-615-1750. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine 213-615-1750 which confirms said transmission and receipt.

[ ] By Electronic Filing: The above and foregoing document(s) was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following

CT Corporation System
818 W. 7th Street
Los Angeles, CA  90016

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on August 20, 2007, at Los Angeles, California.

_____
Arlene G. Zamora

LA:195251.1                    1
**PROOF OF SERVICE**