Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Plaintiffs
UMG Recordings, Inc.;
Universal Music Corp.;
Songs of Universal, Inc.;
Universal-Polygram International Publishing, Inc.;
and Rondor Music International, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| VEOH NETWORKS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UMG RECORDINGS, INC., a Delaware corporation; UNIVERSAL MUSIC CORP., a New York corporation; SONGS OF UNIVERSAL, INC., a California corporation; UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., a Delaware corporation; RONDOR MUSIC INTERNATIONAL, INC., a California corporation; and DOES 1-10 INCLUSIVE,<br><br>Defendants. | Case No. 07 CV 1568 TJW (BLM)<br><br>**NOTICE OF RELATED CASES**<br><br>Judge: Hon. Thomas J. Whelan<br>Courtroom: 7 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1748391

1  **TO THE CLERK OF THIS COURT AND TO ALL PARTIES AND THEIR**
2  **COUNSEL OF RECORD:**
3      **PLEASE TAKE NOTICE** that, pursuant to Local Rule 40.1(e), the above-captioned case
4  ("*Veoh v. UMG Recordings*") is related to *UMG Recordings, Inc., et al. v. Grouper Networks, Inc.,*
5  *et al.*, C.D. Cal. Case No. CV 06-06561 AHM ("*UMG Recordings v. Grouper*"); *UMG*
6  *Recordings, Inc., et al. v. Bolt, Inc., et al.*, C.D. Cal. Case No. 06-06577 AHM ("*UMG Recordings*
7  *v. Bolt*"); and *UMG Recordings, Inc., et al. v. MySpace, Inc., et al.*, C.D. Cal. Case No. Case No.
8  CV 06-07361 AHM ("*UMG Recordings v. MySpace*"), and *UMG Recordings, et al. v. Veoh*
9  *Networks, et al.*, C.D. Cal. Case No. CV 07-5744 GW ("*UMG Recordings v. Veoh*").
10     Local Rule 40.1(f) defines as related action as multiple proceedings "on file in this or any
11 other federal or state court" which:
12     (1) Involve some of the same parties and are based on the same or similar claims, or
13     (2) Involve the same property, transaction, or event, or
14     (3) Involve substantially the same facts and the same questions of law.
15     This case is related to *UMG Recordings v. Grouper, UMG Recordings v. Bolt, UMG*
16 *Recordings v. MySpace*, and *UMG Recordings v. Veoh* for each of these reasons.
17     These actions involve the "same parties" (UMG Recordings, Universal Music Corp., Songs
18 of Universal, Universal-Polygram International Publishing, and Rondor Music International) and
19 "are based on the same or similar claims." Specifically, all of these actions involve copyright
20 infringement claims by UMG against defendants' "user-generated video" websites. These actions
21 assert that defendants' websites directly, vicariously and contributorily infringe Plaintiffs'
22 copyrights by allowing users to upload files containing Plaintiffs' copyrighted works, copying
23 those works and then facilitating and encouraging further infringement of those works by third
24 parties all over the world. For the same reason, these cases "[i]nvolve substantially the same facts
25 and the same questions of law."
26     As detailed in UMG's concurrently-filed Motion to Dismiss, considerations of judicial
27 economy and the swift administration of justice weigh strongly in favor of relating these cases.
28 Given that these cases involve the same Plaintiffs, challenge the same or similar activities, rely on

the same or similar evidence, and require analysis under the same statutes and other legal authorities, there would be a "substantial duplication of labor" if they were heard by different judges. Simply put, it would be a waste of judicial resources and would be likely to unduly delay and detract from efficient determination of the action to have this case heard by a different Judge than Judge Matz who is presiding over *UMG Recordings v. Grouper*, *UMG Recordings v. Bolt*, and *UMG Recordings v. MySpace*.

Dated: September 4, 2007

Respectfully submitted,

IRELL & MANELLA LLP
Steven A. Marenberg
Elliot Brown
Brian Ledahl
Benjamin Glatstein

By: /s/ Steven A. Marenberg
Steven A. Marenberg

Attorneys for Plaintiffs
UMG RECORDINGS, INC.;
UNIVERSAL MUSIC CORP.; SONGS OF UNIVERSAL, INC.; UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC.; RONDOR MUSIC INTERNATIONAL, INC.;

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1748391

- 2 -