Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiffs
UMG Recordings, Inc.;
Universal Music Corp.;
Songs of Universal, Inc.;
Universal-Polygram International Publishing, Inc.;
and Rondor Music International, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| VEOH NETWORKS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UMG RECORDINGS, INC., a Delaware corporation; UNIVERSAL MUSIC CORP., a New York corporation; SONGS OF UNIVERSAL, INC., a California corporation; UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., a Delaware corporation; RONDOR MUSIC INTERNATIONAL, INC., a California corporation; and DOES 1-10 INCLUSIVE,<br><br>Defendants. | Case No. 07 CV 1568 TJW (BLM)<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST (FILED PURSUANT TO LOCAL CIVIL RULE 40.2)**<br><br>Judge: Hon. Thomas J. Whelan<br>Courtroom: 7 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1748326

**TO THE CLERK OF THIS COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Southern District Local Rule 40.2, the undersigned, counsel of record for Plaintiffs UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc., and Universal-PolyGram International Publishing, Inc., Rondor Music International, Inc., (collectively "Plaintiffs"), certify that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

UMG Recordings, Inc.

Universal Music Group, Inc.

Songs of Universal, Inc.

Universal-Polygram International Publishing, Inc.

Rondor Music International, Inc.

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs identify, as their ultimate parent company, Vivendi, S.A., which is a publicly traded French company on the Paris Stock Exchange.

Dated: September 4, 2007

IRELL & MANELLA LLP
Steven A. Marenberg
Elliot Brown
Brian Ledahl
Benjamin Glatstein

By: /s/ Steven A. Marenberg

Attorneys for Plaintiffs
UMG RECORDINGS, INC.; UNIVERSAL MUSIC CORP.; SONGS OF UNIVERSAL, INC.; UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC.; RONDOR MUSIC INTERNATIONAL, INC.;

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1748326

- 1 -