1  Steven A. Marenberg (101033) (smarenberg@irell.com)
   Elliot Brown (150802) (ebrown@irell.com)
2  Benjamin Glatstein (242034) (bglatstein@irell.com)
   IRELL & MANELLA LLP
3  1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
4  Telephone:    (310) 277-1010
   Facsimile:    (310) 203-7199
5
   Attorneys for Plaintiffs
6  UMG Recordings, Inc.;
   Universal Music Corp.;
7  Songs of Universal, Inc.;
   Universal-Polygram International Publishing, Inc.;
8  and Rondor Music International, Inc.

9               UNITED STATES DISTRICT COURT

10              SOUTHERN DISTRICT OF CALIFORNIA

11                    SAN DIEGO DIVISION

12 | VEOH NETWORKS, INC., a California        ) Case No. 07 CV 1568 TJW (BLM)
   | corporation,                              )
13 |                                           ) **DECLARATION OF BENJAMIN**
   |                                           ) **GLATSTEIN IN SUPPORT OF**
14 |          Plaintiff,                       ) **DEFENDANTS' MOTION TO TRANSFER**
   |                                           )
15 |                                           ) Date:  October 9, 2007
   |     vs.                                   ) Time:  10:00 a.m.
16 |                                           ) Judge: Hon. Thomas J. Whelan
   |                                           ) Courtroom: 7
17 | UMG RECORDINGS, INC., a Delaware          )
   | corporation; UNIVERSAL MUSIC CORP., a     )
18 | New York corporation; SONGS OF            )
   | UNIVERSAL, INC., a California corporation;)
19 | UNIVERSAL-POLYGRAM                        )
   | INTERNATIONAL PUBLISHING, INC., a         )
20 | Delaware corporation; RONDOR MUSIC        )
   | INTERNATIONAL, INC., a California         )
21 | corporation; and DOES 1-10 INCLUSIVE,     )
   |                                           )
22 |          Defendants.                      )
   |                                           )
23

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1745595

## DECLARATION OF BENJAMIN GLATSTEIN

I, Benjamin Glatstein, declare as follows:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for declaratory defendants UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc., Universal-Polygram International Publishing, Inc., and Rondor Music International, Inc., ("UMG") in the above-captioned action. I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit A is a true and correct copy of UMG's Complaint filed against Grouper Networks, Inc., *UMG Recordings, Inc., et al. v. Grouper Networks, Inc., et al.*, C.D. Cal. Case No. CV 06-06561 AHM, filed October 16, 2006. Grouper's Answer to the Complaint is attached hereto as Exhibit B. The UMG/Grouper Joint Rule 26(f) Report is attached hereto as Exhibit C.

3. Attached hereto as Exhibit D is a true and correct copy of UMG's Complaint filed against Bolt, Inc., *UMG Recordings, Inc., et al. v. Bolt, Inc., et al.*, C.D. Cal. Case No. 06-06577 AHM, filed October 16, 2006. Bolt's Answer to the Complaint is attached hereto as Exhibit E. The UMG/Bolt Joint Rule 26(f) Report is attached hereto as Exhibit F.

4. Attached hereto as Exhibit G is a true and correct copy of UMG's Complaint filed against MySpace, Inc. and News Corp., *UMG Recordings, Inc., et al. v. MySpace, Inc., et al.*, C.D. Cal. Case No. CV 06-07361 AHM, filed November 11, 2006. MySpace's Answer to the Complaint is attached hereto as Exhibit H. The UMG/MySpace Joint Rule 26(f) Report is attached hereto as Exhibit I.

5. Attached hereto as Exhibit J is a true and correct copy of Judge Matz's March 1, 2007 Amended Civil Minutes.

6. Attached hereto as Exhibit K is a true and correct copy of UMG's Complaint filed against Veoh Networks, *UMG Recordings, Inc., et al. v. Veoh Networks, Inc., et al*, C.D. Cal. Case No. CV 07-5744 GW, filed September 4, 2007.

7. Attached hereto as Exhibit L is a true and correct copy of the Related Case Notice filed by UMG concurrent with its Complaint against Veoh.

8. Attached hereto as Exhibit M is a true and correct copy of Veoh's "Terms of Use," as available from the Veoh website on August 29, 2007.

9. Attached hereto as Exhibit N is a true and correct copy of the "Veoh Copyright Policy," as available from the Veoh website on August 29, 2007. The policy requires that DMCA notices be sent to Stacie Simons, 10880 Wilshire Blvd., Suite 1850, Los Angeles, CA.

10. Attached hereto as Exhibit O is a true and correct copy of the California Secretary of State – California Business Search results for Veoh Networks, on August 29, 2007. The page shows that Veoh's Agent for Service of Process is: CT Corporation System, 818 West Seventh St., Los Angeles, CA 90017.

11. Attached hereto as Exhibit P is a true and correct copy of excerpts of the deposition of Ted Dunning, Veoh's Chief Scientist, in the case *Io Group, Inc. v. Veoh Networks, Inc.*, N.D. Cal. Case No. C-06-03926 (HRL).

12. Attached hereto as Exhibit Q is a true of correct copy of Veoh's "leadership team," available at http://appserver.veoh.com/static/corporate/team.html. Listed are Arthur Bilger, of Shelter Capital Partners, Michael Eisner, of the Tornante Company, and Joshua Metzger, Senior Vice President, Corporate Development. Attached hereto as Exhibit R is a true and correct copy of an excerpt from Shelter Capital Partners webpage listing Shelter Capital Partners' mailing address as: 10880 Wilshire Blvd., Suite 1850, Los Angeles, CA. Attached hereto as Exhibit S is a true and correct copy of the California Secretary of State – California Business Search results for Tornante Company LLC, showing the Tornante Company's mailing address as 9401 Wilshire Blvd., Suite 760, Beverly Hills, CA 90212-2933. Attached hereto as Exhibit T is a true and correct copy of a White Pages listing showing the "Home" address of Joshua Metzger as: 321 S. Camden Dr., Beverly Hills, CA 90212.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

13. Attached hereto as Exhibit U is a true and correct copy of Table C-10 from the 2006 edition of the *Annual Report of the Director: Judicial Business of the United States Courts*, available online at http://www.uscourts.gov/judbususc/judbus.html.

14. Attached hereto as Exhibits V, W, X, Y, Z, AA, BB, and CC are true and correct copies of document subpoenas served by Grouper on Revver, Inc., YouTube, Inc., Apple, Inc., Fuse Networks, Best Buy, Real Networks, America OnLine, and Bolt.

15. Attached hereto as Exhibits DD, EE, FF, and GG are true and correct copies of document subpoenas served by UMG on Audible Magic, SNOCAP, Auditude, and Gracenote.

16. Attached hereto as Exhibit HH is a true and correct copy of the LinkedIn "profile" of Stacie Simons, which identifies Ms. Simons as the Senior Manager – Copyright Compliance with Veoh Networks, and residing in the greater Los Angeles area.

17. Attached hereto as Exhibit II is a true and correct copy of UMG's initial disclosures in the case *UMG Recordings, Inc., et al. v. MySpace, Inc., et al.*, C.D. Cal. Case No. CV 06-07361 AHM.

Executed on September 4, 2007, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Benjamin Glatstein