1   IRELL & MANELLA LLP
      Steven A. Marenberg (101033) (smarenberg@irell.com)
2   Elliot Brown (150802) (ebrown@irell.com)
      Gregory A. Fayer (232303) (gfayer@irell.com)
3   1800 Avenue of the Stars, Suite 900
      Los Angeles, California 90067-4276
4   Telephone:   (310) 277-1010
      Facsimile:    (310) 203-7199
5

6   Attorneys for Plaintiffs

7

8                UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

| | |
|---|---|
| 11 | |
| 12   UMG RECORDINGS, INC., a | Case No. |
|      Delaware corporation; UNIVERSAL | **CV 06-07361 SVW AJWx** |
| 13   MUSIC CORP., a New York | |
|      corporation; SONGS OF UNIVERSAL, | **COMPLAINT FOR DIRECT,** |
| 14   INC., a California corporation; | **CONTRIBUTORY, AND** |
|      UNIVERSAL-POLYGRAM | **VICARIOUS COPYRIGHT** |
| 15   INTERNATIONAL PUBLISHING, | **INFRINGEMENT, FOR** |
|      INC., a Delaware corporation; | **INDUCEMENT OF COPYRIGHT** |
| 16   RONDOR MUSIC INTERNATIONAL, | **INFRINGEMENT, AND FOR** |
|      INC., a California corporation, | **VIOLATIONS OF CALIFORNIA** |
| 17 | **BUSINESS AND PROFESSIONS** |
| | **CODE § 17200** |
| 18             Plaintiffs, | |
| 19       v. | **DEMAND FOR JURY TRIAL** |
| 20   MYSPACE, INC. d/b/a/ | |
|      MYSPACE.COM, a Delaware | |
| 21   corporation; NEWS CORPORATION, a | |
|      Delaware corporation; and DOES 1-10, | |
| 22   inclusive, | |
| 23             Defendants. | |
| 24 | |

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1590972                                   COMPLAINT FOR COPYRIGHT INFRINGEMENT AND
                                              VIOLATION OF CAL. BUS. & PROF. CODE 17200

**EXHIBIT G Page 110**

Dockets.Justia.com

1      Plaintiffs UMG Recordings, Inc., Universal Music Corp., Songs of Universal,

2   Inc., Universal-PolyGram International Publishing, Inc., and Rondor Music

3   International, Inc. (collectively "Plaintiffs") allege, on information and belief, as

4   follows:

5      1.      Defendant MySpace.com ("MySpace") is one of the world's largest

6   and best known "social networking" sites.  The foundation of MySpace is its so-

7   called "user-generated content."  However, much of that content is not "user-

8   generated" at all.  Rather, it is the "user-stolen" intellectual property of others, and

9   MySpace is a willing partner in that theft.  No intellectual property is safe in the

10  MySpace world of infringement – not Plaintiffs' videos, not Plaintiffs' songs, not

11  even songs from the *unreleased* album "Kingdom Come" by the superstar artist Jay-

12  Z, which are currently widely available for streaming and downloading on MySpace

13  despite the fact that the album is not yet even available for purchase.

14     2.      MySpace is well aware of its obligations under the U.S. copyright laws.

15  In fact, MySpace admits in the Terms of Use posted on its website that without the

16  permission of the copyright owner of its user-posted content, MySpace would not be

17  permitted to provide MySpace services such as exhibiting music videos and

18  streaming music.  MySpace accordingly mandates that anyone posting "Content"

19  (which it defines broadly to include, among other things, musical works and video)

20  to MySpace, must first agree to grant to MySpace a "royalty-free" "worldwide"

21  license, which it may sublicense, to "use, modify, publicly perform, publicly

22  display, reproduce, and distribute such Content[.]"  MySpace explains that this grant

23  of exclusive rights is essential for MySpace because:

24          *"Without this license, MySpace.com would be unable to*

25          *provide the MySpace Services.  For example, without the*

26          *right to modify Member Content, MySpace.com would not*

27          *be able to digitally compress music files that Members*

28          *submit or otherwise format Content ..., and without the*

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1590972

- 2 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND
VIOLATION OF CAL. BUS. & PROF. CODE 17200

**EXHIBIT G Page 111**

1          *right to publicly perform Member Content, MySpace.com*

2          *could not allow Users to listen to music posted by*

3          *Members."*

4          3.       Notwithstanding MySpace's frank admission that it is "unable," *i.e.,*

5   *prohibited by law*, from offering its music and video services without first obtaining

6   the permission of the copyright owner, MySpace has knowingly and intentionally

7   operated its business on the fiction that it has obtained the licenses it needs to exist

8   from members that MySpace well knows are not the true copyright owners.

9   MySpace is well aware of Plaintiffs' copyright interests in thousands of sound

10  recordings, musical compositions, and music videos that have been posted to

11  MySpace without Plaintiffs' permission.  MySpace harbors no illusion that the

12  countless MySpace members who have posted these bootleg videos and pirated

13  sound records to MySpace have done so lawfully.  MySpace simply ignores its own

14  admonition in its Terms of Use about first obtaining the permission of the copyright

15  owner.

16         4.       But MySpace does much more than just seek a license from members

17  its knows do not have the necessary rights, MySpace also knowingly and

18  intentionally:

19                  (i)      encourages, facilitates and participates in the unauthorized

20                  reproduction, adaptation, distribution, and public performance of music

21                  videos in which UMG owns a copyright interest, for example, by

22                  giving its members tools to upload copies of pirated music videos to

23                  MySpace servers, by reformatting the uploaded videos for viewing in

24                  MySpace media players, by exhibiting pirated copies from MySpace

25                  servers, and by providing means to viewers to disseminate additional

26                  copies of pirated music videos to MySpace users and their friends; and

27                  (ii)     encourages and facilitates the illegal copying and distribution of

28                  pirated MP3 copies of sound recordings in which UMG owns a

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1590972                                    - 3 -          COMPLAINT FOR COPYRIGHT INFRINGEMENT AND
                                                          VIOLATION OF CAL. BUS. & PROF. CODE 17200

**EXHIBIT G Page 112**

1    copyright interest through and as part of phony artist profiles in

2    MySpace Music and as part of the MySpace service generally.

3        5.    MySpace and its parent company defendant News Corporation ("News

4    Corp.") have consciously built and maintained MySpace's position as one of the

5    most prominent and valuable websites on the Internet through rampant copyright

6    infringement – infringement they fostered, induced, and welcomed as part of a

7    publicly announced effort to overtake rival websites, such as YouTube.com.

8    MySpace and News Corp.'s conduct makes them liable for the direct infringement

9    of Plaintiffs' copyrights, and for aiding, facilitating, and inducing the infringement

10    of Plaintiffs' copyrights by countless MySpace users.

11                        **JURISDICTION AND VENUE**

12        6.    This is a civil action seeking damages and injunctive relief for

13    copyright infringement under the Copyright Act, 17 U.S.C. §§ 101 *et seq*. This

14    Court has subject matter jurisdiction over these federal questions pursuant to 17

15    U.S.C. § 501 and 28 U.S.C. §§ 1331 and 1338(a). The Court also has supplemental

16    jurisdiction over Plaintiffs' claims arising under California Business and Professions

17    Code §§ 17200 *et seq*. pursuant to 28 U.S.C. § 1367, as those claims form part of the

18    same case or controversy.

19        7.    This Court has personal jurisdiction over defendant MySpace in that,

20    among other things, MySpace does business in this judicial District, and Plaintiffs

21    do business and are suffering harm in this judicial District.

22        8.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and

23    (c).

24                        **THE PARTIES**

25        9.    Plaintiff UMG Recordings, Inc. ("UMG") is a corporation duly

26    organized and existing under the laws of the State of Delaware, with its principal

27    place of business in Los Angeles County, California, and is duly qualified to

28    transact business in the State of California. UMG is engaged in the business of

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1590972

- 4 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND
VIOLATION OF CAL. BUS. & PROF. CODE 17200

**EXHIBIT G Page 113**

1   producing sound recordings, and distributing, selling, and/or licensing the

2   distribution and sale of its sound recordings in phonorecords (as defined in 17

3   U.S.C. § 101) and in audiovisual works in the United States. UMG is the leading

4   producer of such phonorecords in the United States, including on its various record

5   labels such as (by way of example) Interscope, Geffen, A&M, Island, Def Jam,

6   Universal, Motown, and Verve. UMG invests substantial sums of money, as well as

7   time, effort, and creative talent, to discover and develop recording artists, and to

8   create, advertise, promote, sell, and license phonorecords embodying the

9   performances of its exclusive recording artists. UMG owns copyrights in thousands

10  of sound recordings, including many of the most popular and well-known sound

11  recordings in the world.

12       10.    UMG is the copyright owner or the owner of exclusive rights under

13  copyright with respect to thousands of sound recordings (the "Copyrighted Sound

14  Recordings") – including by way of example those recordings listed on Exhibit A

15  hereto – for which UMG has obtained or has applied for Certificates of Copyright

16  Registration issued by the Register of Copyrights. UMG has the exclusive rights,

17  among other things, to reproduce the Copyrighted Sound Recordings in copies or

18  phonorecords; to prepare derivative audiovisual works based upon the Copyrighted

19  Sound Recordings; to distribute copies or phonorecords of the Copyrighted Sound

20  Recordings to the public; and to perform the Copyrighted Sound Recordings

21  publicly by means of a digital audio transmission. 17 U.S.C. §§ 106(1), 106(2),

22  106(3), 106(6).

23       11.    Plaintiff Universal Music Corp. ("UMC") is a corporation duly

24  organized and existing under the laws of the State of New York with its principal

25  place of business in Los Angeles County, California, and is duly qualified to

26  transact business in the State of California. Plaintiff Songs of Universal, Inc.

27  ("SOU") is a corporation duly organized and existing under the laws of the State of

28  California with its principal place of business in Los Angeles County, California,

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1590972                                    - 5 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND
VIOLATION OF CAL. BUS. & PROF. CODE 17200

EXHIBIT G Page 114

1    and is duly qualified to transact business in the State of California. Plaintiff

2    Universal-Polygram International Publishing, Inc. ("UPIP") is a corporation duly

3    organized and existing under the laws of the State of Delaware with its principal

4    place of business in Los Angeles County, California, and is duly qualified to

5    transact business in the State of California. Plaintiff Rondor Music International,

6    Inc. ("RMI") is a corporation duly organized and existing under the laws of the State

7    of California, and is duly qualified to transact business in the State of California.

8    RMI's principal place of business is Los Angeles County, California. UMC, SOU,

9    UPIP, and RMI are engaged in the business of acquiring, owning, publishing,

10    administering, licensing, and otherwise exploiting copyrights in musical

11    compositions. UMC, SOU, UPIP, and RMI invest substantial sums of money, as

12    well as time, effort, and creative talent, to acquire, administer, publish, license and

13    otherwise exploit such copyrights, on their own behalf and on behalf of songwriters

14    UMC, SOU, UPIP, and RMI own copyrights in thousands of musical compositions,

15    including many of the most popular and well-known compositions in the world.

16         12.    UMC, SOU, UPIP, and RMI are the copyright owners (in whole or in

17    part) or the owners of exclusive rights under copyright (in whole or in part) with

18    respect to thousands of musical compositions (the "Copyrighted Musical

19    Compositions") – including by way of example those compositions listed on Exhibit

20    A hereto – for which UMC, SOU, UPIP, or RMI as the case may be, has obtained or

21    has applied for Certificates of Copyright Registration issued by the Register of

22    Copyrights. UMC, SOU, UPIP, and RMI have the exclusive rights, among other

23    things, to reproduce the Copyrighted Musical Compositions in phonorecords; to

24    prepare derivative audiovisual works based upon the Copyrighted Musical

25    Compositions; and to perform the Copyrighted Musical Compositions publicly. 17

26    U.S.C. §§ 106(1), 106(2), 106(3), 106(4).

27         13.    Defendant MySpace is a corporation organized and existing under the

28    laws of the State of Delaware, with its principal place of business in Los Angeles

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1590972

- 6 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND
VIOLATION OF CAL. BUS. & PROF. CODE 17200

**EXHIBIT G Page 115**

1   County, California.  MySpace describes itself as a "social networking service that
2   allows Members to create unique personal profiles online."  MySpace.com
3   reportedly receives over 50 million unique visitors per month and over 200,000 new
4   registrations each day.  As an integral part of its service, MySpace permits,
5   encourages, facilitates and induces the uploading of thousands of copyrighted songs
6   and music videos by its members each day onto servers that it owns or controls,
7   thereby enabling its members and the public to access infringing content for free.
8   MySpace displays targeted advertisements, from which it derives significant
9   revenue, in association with infringing content.

10      14.    MySpace is a wholly owned and controlled subsidiary of Defendant
11  News Corporation ("News Corp."), a corporation organized and existing under the
12  laws of the State of Delaware, with its principal place of business in New York.
13  MySpace was acquired by defendant News Corp. in September 2005 as part of a
14  $580 million acquisition.  News Corp. exercises substantial and continuing control
15  over MySpace with respect to the acts that form the subject matter of this lawsuit.
16  Indeed, News Corp. recently informed the investing public it hoped that MySpace
17  would take the market lead in online video from Youtube.com, an aspiration it has
18  acted on by vastly expanding the functionality its provides to its millions of
19  members to encourage them to upload and download pirated video content.

20      15.    The true names and capacities, whether individual, corporate, associate,
21  or otherwise, of defendants sued herein as Does 1 through 10, are unknown to
22  Plaintiffs, which sue said defendants by such fictitious names (the "Doe
23  Defendants").  If necessary, Plaintiffs will seek leave of Court to amend this
24  complaint to state their true names and capacities when the same have been
25  ascertained.  Plaintiffs are informed and believe and on that basis allege that the Doe
26  Defendants are liable to Plaintiffs as a result of their participation in all or some of
27  the acts hereinafter set forth.  MySpace, News Corp., and the Doe Defendants are
28  referred to collectively herein as "Defendants."

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1590972

- 7 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND
VIOLATION OF CAL. BUS. & PROF. CODE 17200

EXHIBIT G Page 116

1    16.    Plaintiffs are informed and believe and on that basis allege that at all

2 times mentioned in this complaint, each of the Defendants was the agent of each of

3 the other Defendants and, in doing the things alleged in this complaint, were acting

4 within the course and scope of such agency.

5                              **GENERAL AVERMENTS**

6    17.    Defendants operate an internet website located at the Uniform Resource

7 Locator ("URL") www.myspace.com. Defendants allow anyone age 14 or over (or

8 who at least claims to be) with Internet access to obtain membership with MySpace

9 in a matter of seconds for no charge. MySpace members can upload audio and/or

10 audiovisual works to MySpace, which are then reproduced onto servers that

11 Defendants own or control. Many of these audiovisual works contain the

12 Copyrighted Sound Recordings and/or the Copyrighted Musical Compositions.

13 Using the copies they have made, Defendants then create an unauthorized derivative

14 work embodying these works, and distribute and publicly perform these audio

15 and/or audiovisual works and derivative works containing the Copyrighted Sound

16 Recordings and/or the Copyrighted Musical Compositions for anyone with Internet

17 access. As viewers access these works, MySpace displays paid advertisements

18 which are tailored to reflect the content of the songs, music videos, and artist pages

19 that the user is accessing. These advertisements are so lucrative that on August 7,

20 2006, News Corp. announced that it had entered into an agreement whereby Google

21 would become the exclusive keyword targeted advertising partner of, among other

22 News Corp. properties, MySpace. In exchange, News Corp. is being paid $900

23 million by Google.

24    18.    In connection with the MySpace service, Defendants:

25          a) reproduce (*i.e.*, make permanent copies of) audio and

26             audiovisual works ("songs" and "videos") containing

27             hundreds of Plaintiffs' copyrighted works onto servers that it

28             owns or controls;

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1590972                                    - 8 -                    COMPLAINT FOR COPYRIGHT INFRINGEMENT AND
                                                                   VIOLATION OF CAL. BUS. & PROF. CODE 17200

**EXHIBIT G Page 117**

b) reformat the audiovisual works uploaded by their users in order to facilitate the further copying and distribution of such works to and by as many users as possible;

c) distribute and publicly perform the songs and videos uploaded onto their servers to their users on demand;

d) provide users viewing illegal copies of audio-visual works with the ability to "Add to My Profile," "Save to My Favorites," "Bulletin This," or "Blog This" at the click of a button;

e) encourage users viewing illegal copies of audio-visual works to "Send This URL to Your Friends," or "Add This [Video] Code to Your Profile";

f) provide users who view illegal copies of Plaintiffs' audio-visual works with attractive functions – such as the ability to share works and post them to other sites – that users who view authorized copies of Plaintiffs' works are unable to access;

g) purport to receive from their users a "royalty-free" "worldwide" license to "use, modify, publicly perform, publicly display, reproduce, and distribute" any of the audio or audio-visual content uploaded onto their servers;

h) expressly acknowledge in their Terms of Use that "[w]ithout this license, MySpace.com would be unable to provide the MySpace Services.  For example, without the right to modify Member Content, MySpace.com would not be able to digitally compress music files that Members submit or otherwise format Content ..., and without the right to publicly perform Member Content, MySpace.com could not allow Users to listen to music posted by Members";

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1590972

- 9 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND
VIOLATION OF CAL. BUS. & PROF. CODE 17200

**EXHIBIT G Page 118**

i)  provide users with complete anonymity as they upload audio and audiovisual files to MySpace.com, and as they view, download, copy and/or further distribute audio and/or audiovisual works;

j)  display and/or permanently embed the "MySpace.com" mark, logo and tag line on Plaintiffs' audio-visual works, and display the same on Plaintiffs' works every time a user views them;

k)  admit that they may pre-screen songs and videos for content and expressly reserve the right "to reject, refuse to post or remove any posting" and "to monitor the MySpace Services";

l)  expressly reserve the right to delete any content from servers that they own or control;

m) enable users to share the audio and/or audiovisual works they upload with anyone accessing the site;

n)  encourage their members to index each song or video by category and by user-generated "tags" or keywords, thus increasing a work's searchability and exposure;

o)  enable users to perform searches for audio and/or audiovisual content, and return search queries with both text and thumbnail pictures;

p)  select "Featured Videos" to spotlight and promote certain audiovisual works;

q)  allow users to rate videos and shares video ratings with other users;

r)  provide users with data about specific videos (such as how often a song or video is viewed) and allow users to post and read comments about particular songs and videos.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1590972

- 10 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND
VIOLATION OF CAL. BUS. & PROF. CODE 17200

**EXHIBIT G Page 119**

1    19.    Defendants have made infringement free and easy, turning MySpace

2  Videos into a vast virtual warehouse for pirated copies of music videos and songs.

3  Due to MySpace's extensive efforts to encourage its members to upload pirated

4  videos to MySpace servers, a visitor to MySpace today will find pirated videos

5  featuring Plaintiffs' most prominent and successful artists and songwriters.

6    20.    To take but one illustrative example, anybody wishing to view or copy

7  unauthorized reproductions of music videos of superstar artists U2 on MySpace can

8  simply go to MySpace.com, click on the "Videos" tab, and type "U2" into the

9  search box.  In response to that search, MySpace delivers one thousand search

10  results for user-uploaded videos – including literally scores of different unauthorized

11  copies of U2 videos that MySpace makes available for immediate viewing and

12  downloading.  Exhibit B shows a screenshot of just one of the pirated copies of U2's

13  "Beautiful Day" video that is on the MySpace.com site – a pirated copy that

14  according to MySpace has been viewed more than two thousand times.  As can be

15  readily discerned from the screenshot, MySpace enables its millions of users to view

16  the pirated video by pressing the play button.  MySpace furthermore encourages its

17  members to disseminate links to the MySpace-hosted copy, suggesting that its

18  members send a link to the pirated video to a friend or embed it on other popular

19  websites.  MySpace encourages this rampant infringement so that it can drive more

20  traffic to MySpace.com, thereby increasing Defendants' advertising revenue and

21  profits at Plaintiffs' expense.

22    21.    MySpace's willful infringement of Plaintiffs' copyrights is not

23  confined to its burgeoning MySpace Video service.  MySpace also maintains an

24  area of its website called MySpace Music where MySpace makes pirated sound

25  recordings available for free downloading through a MySpace music player.

26  MySpace Music is purportedly a part of the MySpace.com website that is reserved

27  for authentic musicians and bands.  In reality, however, and as MySpace well

28  knows, MySpace Music has enabled countless members to set up and maintain

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1590972

- 11 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND
VIOLATION OF CAL. BUS. & PROF. CODE 17200

EXHIBIT G Page 120

1  phony artist profiles that hijack the names of famous artists so that MySpace can

2  provide its users with free pirated sound recordings.  Just as MySpace engages in the

3  pretext that each member who uploads a video to MySpace is its lawful copyright

4  owner, MySpace pretends everyone who signs up for a MySpace music profile truly

5  represents an artist or band with that name.  MySpace pretends, for example, that the

6  "artists" who set up the MySpace Music profiles "u2222222222222222" and

7  "youtwo" are authentic musicians who had the right to provide the public with free

8  downloadable copies of U2's hits "With or Without You" and "Beautiful Day."  As

9  one can see from Exhibits C and D, a visitor to the profile for the phony artists

10  "u2222222222222222" and "youtwo" gets a MySpace music player to appear in

11  their browser that is playing U2's music "With or Without You" and "Beautiful

12  Day" respectively.  The MySpace-supplied music player furthermore provides users

13  with a button labeled "download" that enables one-click downloads of these

14  unauthorized copies of U2's recordings onto the user's computer – all provided for

15  free by MySpace.

16      22.    As with MySpace's Video Service, MySpace makes it easy to find

17  pirated sound recordings in MySpace Music.  On any given day, a visitor to the

18  MySpace Music page need only type the name of a famous artist into the MySpace

19  search box to discover scores of phony profiles offering free pirated sound

20  recordings.  As an illustrative example, at the beginning of November a visitor to

21  MySpace Music who searched for the name of superstar Fergie could find phony

22  profiles exploiting Fergie's name including "Fergiee," "FERGIEEEEEE," AND

23  "Fergieee."   As shown by Exhibits E through G respectively, users of MySpace

24  who visited these phony Fergie profiles found a MySpace music player streaming

25  pirated copies of Fergie's hits "Fergalicious," and "Big Girls Don't Cry" – copies

26  which MySpace encouraged and enabled its members to download for free onto

27  their computers by a click on the MySpace music player's "download" button.

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1590972

- 12 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND
VIOLATION OF CAL. BUS. & PROF. CODE 17200

EXHIBIT G Page 121

1    23.    As Defendants know, should know, and/or with reasonable diligence

2  could ascertain, many of the audio and/or audiovisual works on MySpace's website

3  contain copyrighted material, including the Copyrighted Sound Recordings and the

4  Copyrighted Musical Compositions.  These works often embody popular songs or

5  "hits" performed by prominent recording artists.  Many are synchronized with

6  expensive, professionally-made videos, and may include titles, credits, or other

7  indicia that make apparent the source of the recordings.  It is widely known and

8  understood that such sound recordings and compositions are protected by copyright.

9    24.    Defendants and their users did not receive any license, authorization,

10  permission, or consent to use the Copyrighted Sound Recordings or the Copyrighted

11  Musical Compositions in the manner they are using them.  Instead, in violation of

12  Plaintiffs' rights under copyright law, Defendants have willfully, intentionally, and

13  purposefully reproduced, adapted, distributed, and publicly performed the

14  Copyrighted Sound Recordings and the Copyrighted Musical Compositions, and/or

15  knowingly facilitated, enabled, induced, and materially contributed to infringing

16  uses thereof, and/or refused to exercise their ability to control or supervise

17  infringing uses thereof from which Defendants financially benefit, including by

18  earning revenue from selling advertising, and from the overall increase in user

19  traffic and commercial value of its business and property arising from the "draw" of

20  infringing Copyrighted Sound Recordings and Copyrighted Musical Compositions.

21  Further, Defendants have continued to willfully infringe Plaintiffs' rights even after

22  Plaintiffs have notified them that their use of Plaintiffs' copyrighted materials

23  violates Plaintiffs' rights under copyright.  In these ways, among others, Defendants

24  have infringed Plaintiffs' copyrights and rights under copyright in the Copyrighted

25  Sound Recordings and the Copyrighted Musical Compositions.

26    25.    Not only have Defendants engaged in violations of the Copyright Act

27  by directly, vicariously and contributorily infringing Plaintiffs' Copyrighted Sound

28  Recordings and Copyrighted Musical Compositions and by inducing others to

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1590972

- 13 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND
VIOLATION OF CAL. BUS. & PROF. CODE 17200

EXHIBIT G Page 122

1    infringe the same, Defendants have also knowingly and intentionally engaged in and

2    continue to engage in unfair, deceptive, and misleading business practices.

3                                  **COUNT I**

4                     **DIRECT COPYRIGHT INFRINGEMENT**

5                            **[Against All Defendants]**

6        26.    Plaintiffs incorporate herein by this reference each and every averment

7    contained in paragraphs 1 through 25, inclusive.

8        27.    Through their conduct averred herein, Defendants have infringed

9    Plaintiffs' copyrights in the Copyrighted Sound Recordings and the Copyrighted

10   Musical Compositions by reproducing, adapting, distributing, and/or publicly

11   performing audio and/or audiovisual works embodying the copyrighted material

12   without authorization in violation of Sections 106, 115, and 501 of the Copyright

13   Act.  17 U.S.C. §§ 106, 115, and 501.

14       28.    Each infringement by Defendants in and to the Copyrighted Sound

15   Recordings or the Copyrighted Musical Compositions constitutes a separate and

16   distinct act of infringement.

17       29.    Defendants' acts of infringement were willful, in disregard of and with

18   indifference to the rights of Plaintiffs.

19       30.    As a direct and proximate result of the infringements by Defendants,

20   Plaintiffs are entitled to damages and Defendants' profits in amounts to be proven at

21   trial which are not currently ascertainable.  If necessary, Plaintiffs will seek leave to

22   amend this complaint to state the full amount of such damages and profits when

23   such amounts have been ascertained.

24       31.    Alternatively, Plaintiffs are entitled to the maximum statutory damages

25   in the amount of $150,000 with respect to each work infringed, or for such other

26   amounts as may be proper under 17 U.S.C. § 504(c).

27       32.    Plaintiffs further are entitled to their attorneys' fees and full costs

28   pursuant to 17 U.S.C. § 505.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1590972

- 14 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND
VIOLATION OF CAL. BUS. & PROF. CODE 17200

**EXHIBIT G Page 123**

1    33.    As a direct and proximate result of the foregoing acts and conduct,

2  Plaintiffs have sustained and will continue to sustain substantial, immediate, and

3  irreparable injury, for which there is no adequate remedy at law.  Plaintiffs are

4  informed and believe and on that basis aver that unless enjoined and restrained by

5  this Court, Defendants will continue to infringe Plaintiffs' rights in the Copyrighted

6  Sound Recordings and the Copyrighted Musical Compositions.  Plaintiffs are

7  entitled to preliminary and permanent injunctive relief.

8                                    **COUNT II**

9           **CONTRIBUTORY COPYRIGHT INFRINGEMENT**

10                        **[Against All Defendants]**

11    34.    Plaintiffs incorporate herein by this reference each and every averment

12  contained in paragraphs 1 through 33, inclusive.

13    35.    Defendants knowingly and systematically have and continue to

14  materially contribute to, intentionally induce, and/or cause unauthorized

15  reproductions, adaptations, distributions, and/or public performances of the

16  Copyrighted Sound Recordings and the Copyrighted Musical Compositions and thus

17  materially contribute to, intentionally induce, and/or cause the infringement of

18  Plaintiffs' copyrights and exclusive rights under copyright in the Copyrighted Sound

19  Recordings and the Copyrighted Musical Compositions.

20    36.    Each infringement by Defendants in and to the Copyrighted Sound

21  Recordings or the Copyrighted Musical Compositions constitutes a separate and

22  distinct act of infringement.

23    37.    Defendants' acts of infringement were willful, in disregard of and with

24  indifference to the rights of Plaintiffs.

25    38.    As a direct and proximate result of the infringements by Defendants,

26  Plaintiffs are entitled to damages and Defendants' profits in amounts to be proven at

27  trial which are not currently ascertainable.  If necessary, Plaintiffs will seek leave to

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1590972                                    - 15 -                    COMPLAINT FOR COPYRIGHT INFRINGEMENT AND
                                                                     VIOLATION OF CAL. BUS. & PROF. CODE 17200

**EXHIBIT G Page 124**

1 | amend this complaint to state the full amount of such damages and profits when
2 | such amounts have been ascertained.

3 |     39.   Alternatively, Plaintiffs are entitled to the maximum statutory damages
4 | in the amount of $150,000 with respect to each work infringed, or for such other
5 | amounts as may be proper under 17 U.S.C. § 504(c).

6 |     40.   Plaintiffs further are entitled to their attorneys' fees and full costs
7 | pursuant to 17 U.S.C. § 505.

8 |     41.   As a direct and proximate result of the foregoing acts and conduct,
9 | Plaintiffs have sustained and will continue to sustain substantial, immediate, and
10 | irreparable injury, for which there is no adequate remedy at law.  Plaintiffs are
11 | informed and believe and on that basis aver that unless enjoined and restrained by
12 | this Court, Defendants will continue to infringe Plaintiffs' rights in the Copyrighted
13 | Sound Recordings and the Copyrighted Musical Compositions.  Plaintiffs are
14 | entitled to preliminary and permanent injunctive relief.

15 | **COUNT III**
16 | **VICARIOUS COPYRIGHT INFRINGEMENT**
17 | **[Against All Defendants]**

18 |     42.   Plaintiffs incorporate herein by this reference each and every averment
19 | contained in paragraphs 1 through 41, inclusive.

20 |     43.   Defendants have the right and ability to supervise and/or control the
21 | infringing conduct of their users.  Defendants have refused to exercise such
22 | supervision and/or control to the extent required under law.  As a direct and
23 | proximate result of such refusal, Defendants' users have infringed Plaintiffs'
24 | copyrights in the Copyrighted Sound Recordings and the Copyrighted Musical
25 | Compositions, including by reproducing, adapting, distributing, and publicly
26 | performing such Copyrighted Sound Recordings and Copyrighted Musical
27 | Compositions.

28 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1590972

- 16 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND
VIOLATION OF CAL. BUS. & PROF. CODE 17200

**EXHIBIT G Page 125**

1    44.    Defendants derive a direct financial benefit, including but not limited to

2  from advertising revenue and from the increased user traffic and increase in value of

3  Defendants' business arising from the "draw" of infringing Copyrighted Sound

4  Recordings and Copyrighted Musical Compositions.

5    45.    Each infringement by Defendants in and to the Copyrighted Sound

6  Recordings or the Copyrighted Musical Compositions constitutes a separate and

7  distinct act of infringement.

8    46.    Defendants' acts of infringement were willful, in disregard of and with

9  indifference to the rights of Plaintiffs.

10    47.    As a direct and proximate result of the infringements by Defendants,

11  Plaintiffs are entitled to damages and Defendants' profits in amounts to be proven at

12  trial which are not currently ascertainable.  If necessary, Plaintiffs will seek leave to

13  amend this complaint to state the full amount of such damages and profits when

14  such amounts have been ascertained.

15    48.    Alternatively, Plaintiffs are entitled to the maximum statutory damages

16  in the amount of $150,000 with respect to each work infringed, or for such other

17  amounts as may be proper under 17 U.S.C. § 504(c).

18    49.    Plaintiffs further are entitled to their attorneys' fees and full costs

19  pursuant to 17 U.S.C. § 505.

20    50.    As a direct and proximate result of the foregoing acts and conduct,

21  Plaintiffs have sustained and will continue to sustain substantial, immediate, and

22  irreparable injury, for which there is no adequate remedy at law.  Plaintiffs are

23  informed and believe and on that basis aver that unless enjoined and restrained by

24  this Court, Defendants will continue to infringe Plaintiffs' rights in the Copyrighted

25  Sound Recordings and the Copyrighted Musical Compositions.  Plaintiffs are

26  entitled to preliminary and permanent injunctive relief.

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1590972

- 17 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND
VIOLATION OF CAL. BUS. & PROF. CODE 17200

**EXHIBIT G Page 126**

# COUNT IV

## INDUCING COPYRIGHT INFRINGEMENT

### [Against All Defendants]

51.    Plaintiffs incorporate herein by this reference each and every averment contained in paragraphs 1 through 50, inclusive.

52.    Through their conduct averred herein, Defendants have infringed Plaintiffs' copyrights in the Copyrighted Sound Recordings and the Copyrighted Musical Compositions by inducing others to reproduce, adapt, distribute, and/or publicly perform audio and/or audiovisual works embodying the Copyrighted Sound Recordings and the Copyrighted Musical Compositions without authorization in violation of Sections 106, 115, and 501 of the Copyright Act. 17 U.S.C. §§ 106, 115, and 501.

53.    Each infringement by Defendants in and to the Copyrighted Sound Recordings or the Copyrighted Musical Compositions constitutes a separate and distinct act of infringement.

54.    Defendants' acts of infringement were willful, in disregard of and with indifference to the rights of Plaintiffs.

55.    As a direct and proximate result of the infringements by Defendants, Plaintiffs are entitled to damages and Defendants' profits in amounts to be proven at trial which are not currently ascertainable. If necessary, Plaintiffs will seek leave to amend this complaint to state the full amount of such damages and profits when such amounts have been ascertained.

56.    Alternatively, Plaintiffs are entitled to the maximum statutory damages in the amount of $150,000 with respect to each work infringed, or for such other amounts as may be proper under 17 U.S.C. § 504(c).

57.    Plaintiffs further are entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1590972

- 18 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND
VIOLATION OF CAL. BUS. & PROF. CODE 17200

EXHIBIT G Page 127

1    58.    As a direct and proximate result of the foregoing acts and conduct,

2  Plaintiffs have sustained and will continue to sustain substantial, immediate, and

3  irreparable injury, for which there is no adequate remedy at law.  Plaintiffs are

4  informed and believe and on that basis aver that unless enjoined and restrained by

5  this Court, Defendants will continue to infringe Plaintiffs' rights in the Copyrighted

6  Sound Recordings and the Copyrighted Musical Compositions.  Plaintiffs are

7  entitled to preliminary and permanent injunctive relief.

8                                    <u>COUNT V</u>

9  <u>VIOLATIONS OF CALIFORNIA BUSINESS AND PROFESSIONS CODE,</u>

10                              <u>SECTION 17200</u>

11                            <u>[Against All Defendants]</u>

12    59.    Plaintiffs incorporate herein by this reference each and every averment

13  contained in paragraphs 1 through 58, inclusive.

14    60.    By allowing, facilitating, marketing, and otherwise permitting the

15  phony artist pages, and by using targeted advertising to exploit the phony artist

16  pages along with the Copyrighted Sound Recordings and the Copyrighted Musical

17  Compositions embedded therein, Defendants have engaged in and continue to

18  engage in unlawful, unfair, and/or fraudulent conduct in violation of California

19  Business and Professions Code, Section 17200.  Defendants have also engaged in

20  and continue to engage in conduct that is deceptive, untrue and misleading in

21  violation of California Business and Professions Code, Section 17500, which also

22  constitutes a violation of Section 17200.

23    61.    Defendants' unlawful, unfair, and/or deceptive acts were willful, in

24  disregard of and with indifference to the rights of Plaintiffs.

25    62.    As a direct and proximate result of Defendants' unlawful, unfair, and/or

26  deceptive acts and practices, Plaintiffs have been deprived of money to which they

27  would have otherwise been entitled.  Plaintiffs are entitled to restitution of such

28  sums, in an amount which is to be proven at trial and which is not currently

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1590972

- 19 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND
VIOLATION OF CAL. BUS. & PROF. CODE 17200

EXHIBIT G Page 128

1 ascertainable.  If necessary, Plaintiffs will seek leave to amend this complaint to
2 state the full amount of such sums when such amounts have been ascertained.

3    63.    As a direct and proximate result of the foregoing acts and conduct,
4 Plaintiffs have sustained and will continue to sustain substantial, immediate, and
5 irreparable injury, for which there is no adequate remedy at law.  Plaintiffs are
6 informed and believe and on that basis aver that unless enjoined and restrained by
7 this Court, Defendants will continue to engage in conduct violative of California
8 Business and Professions Code, Section 17200.  Plaintiffs are entitled to preliminary
9 and permanent injunctive relief.

10                    **PRAYER FOR RELIEF**

11    WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of
12 them, jointly and severally, as follows:

13    1.    For Plaintiffs' damages and Defendants' profits in such amount as may
14 be found; alternatively, for maximum statutory damages in the amount of $150,000
15 with respect to each copyrighted work infringed either directly or indirectly, and
16 with respect to each act of inducing another to infringe one of the copyrighted
17 works, or for such other amounts as may be proper pursuant to 17 U.S.C. § 504(c).

18    2.    For a preliminary and a permanent injunction enjoining Defendants,
19 each of them, and their respective agents, servants, employees, officers, successors,
20 licensees and assigns, and all persons acting in concert or participation with each or
21 any of them, from:  (i) directly or indirectly reproducing, adapting, distributing,
22 publicly performing (in the case of Plaintiffs' sound recordings, by means of a
23 digital audio transmission), or otherwise infringing in any manner any of Plaintiffs'
24 copyrights (whether now in existence or hereafter created), including, without
25 limitation, the copyrights listed on Schedule A; (ii) causing, contributing to,
26 inducing, enabling, facilitating, or participating in the infringement of any of
27 Plaintiffs' copyrights, including, without limitation, the copyrights listed on
28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1590972                     - 20 -           COMPLAINT FOR COPYRIGHT INFRINGEMENT AND
                                             VIOLATION OF CAL. BUS. & PROF. CODE 17200

**EXHIBIT G Page 129**

1   Schedule A; (iii) from displaying its mark and or logo in connection with the display

2   of unauthorized copies of Plaintiffs works.

3        3.       For restitution.

4        4.       For prejudgment interest according to law.

5        5.       For Plaintiffs' attorneys' fees and full costs incurred in this action.

6        6.       For such other and further relief as the Court may deem just and proper.

7   Dated:  November 17, 2006              Respectfully submitted,

8                                         IRELL & MANELLA LLP
                                          Steven A. Marenberg
9                                         Elliot Brown
                                          Gregory A. Fayer
10

11

12                                        By:

13                                            Steven A. Marenberg

14                                        Attorneys for Plaintiffs
                                          UMG RECORDINGS, INC.;
15                                        UNIVERSAL MUSIC CORP.; SONGS
                                          OF UNIVERSAL, INC.; UNIVERSAL-
16                                        POLYGRAM INTERNATIONAL
                                          PUBLISHING, INC.; RONDOR MUSIC
17                                        INTERNATIONAL, INC.

18

19

20

21

22

23

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1590972                          - 21 -              COMPLAINT FOR COPYRIGHT INFRINGEMENT AND
                                                     VIOLATION OF CAL. BUS. & PROF. CODE 17200

EXHIBIT G Page 130

1

## DEMAND FOR JURY TRIAL

2       Plaintiffs hereby request a trial by jury on all issues triable by jury.

3 Dated: November 17, 2006           Respectfully submitted,

4                            IRELL & MANELLA LLP

5                            Steven A. Marenberg
Elliot Brown

6                            Gregory A. Fayer

7

8                            By:

9                               Steven A. Marenberg

10                            Attorneys for Plaintiffs
UMG RECORDINGS, INC.;

11                            UNIVERSAL MUSIC CORP.; SONGS
OF UNIVERSAL, INC.; UNIVERSAL-

12                            POLYGRAM INTERNATIONAL
PUBLISHING, INC.; RONDOR MUSIC

13                            INTERNATIONAL, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1590972

- 22 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND
VIOLATION OF CAL. BUS. & PROF. CODE 17200

**EXHIBIT G Page 131**

## EXHIBIT A

## Sound Recordings

|  | **Artist** | **Title** | **U.S. Copyright Registration** |
|---|---|---|---|
| 1. | 50 Cent | "Candy Shop" | SR-366-051 |
| 2. | All American Rejects | "Move Along" | SR-374-412 |
| 3. | Black Eyed Peas | "My Humps" | SR-378-166 |
| 4. | Black Eyed Peas | "Pump It" | SR-378-166 |
| 5. | Black Eyed Peas | "Smells Like Funk" | SR-334-398 |
| 6. | Black Eyed Peas | "Anxiety" | SR-334-398 |
| 7. | Black Eyed Peas | "Fly Away" | SR-334-398 |
| 8. | Blue October | "Hate Me" | SR-388-117 |
| 9. | Mariah Carey | "We Belong Together" | SR-370-795 |
| 10. | Chamillionaire | "Think I'm Crazy" | SR-381-901 |
| 11. | Eve | "Gangsta Lovin" | SR-321-814 |
| 12. | Fall Out Boy | "Dance Dance" | SR-371-909 |
| 13. | Fergie | "Fergalicious" | Pending |
| 14. | Fergie | "Big Girls Don't Cry" | Pending |
| 15. | Nelly Furtado | "Do It" | SR-387-509 |
| 16. | Nelly Furtado | "Maneater" | SR-387-509 |
| 17. | Hinder | "How Long" | SR-379-192 |
| 18. | Indie Arie | "Ready 4 Love" | SR-295-599 |
| 19. | The Killers | "Mr. Brightside" | SR-355-962 |
| 20. | Diana Krall | "Gee Baby Aint I Good To You" | SR-221-001 |

|     | Artist | Title | U.S. Copyright Registration |
| --- | --- | --- | --- |
| 21. | Musiq | "Half Crazy" | SR-309-717 |
| 22. | Musiq | "Just Friends" | SR-270-218 |
| 23. | Nelly | "Grillz" | SR-385-148 |
| 24. | Nine Inch Nails | "Perfect Drug" | SR-236-660 |
| 25. | No Doubt | "Spiderwebs" | SR-206-724 |
| 26. | No Doubt | "Running" | SR-305-872 |
| 27. | No Doubt | "In My Head" | SR-305-872 |
| 28. | Prince | "Black Sweat" | SR-385-928 |
| 29. | Pussycat Dolls | "Buttons" | SR-377-102 |
| 30. | Rihanna | "PS (I'm Still Not Over You)" | SR-387-137 |
| 31. | Snow Patrol | "Run" | SR-353-890 |
| 32. | Snow Patrol | "Chasing Cars" | Pending |
| 33. | George Strait | "Texas" | SR-372-131 |
| 34. | George Strait | "Good News Bad News" | SR-372-131 |
| 35. | George Strait | "Ready for the End…" | SR-372-131 |
| 36. | George Strait | "Check Yes or No" | SR-213-745 |
| 37. | Shania Twain | "Man I Feel Like a Woman" | SR-243-502 |
| 38. | Shania Twain | "Up" | SR-326-255 |
| 39. | Shania Twain | "Still the One" | SR-243-502 |
| 40. | U2 | "Beautiful Day" | SR-308-274 |
| 41. | Kanye West | "We Major" | SR-372-867 |
| 42. | Kanye West | "Spaceship" | SR-347-391 |

**EXHIBIT G Page 133**

EXHIBIT A PAGE 24

|     | Artist | Title | U.S. Copyright Registration |
|-----|--------|-------|------------------------------|
| 43. | Kanye West | "Gold Digger" | SR 377-885 |

## Compositions

|     | Artist | Title | U.S. Copyright Registration |
|-----|--------|-------|------------------------------|
| 1.  | 3 Doors Down | "Here Without You" | PA-1-120-571 |
| 2.  | 50 Cent | "Candy Shop" | PA 1-298-495 |
| 3.  | Beastie Boys | "Rhyme the Rhyme" | PA 1-268-099 |
| 4.  | Beastie Boys | "Ch- Check It Out" | PA 1-268-095 |
| 5.  | Mary J. Blige | "Rainy Dayz" | PA 1-075-451 |
| 6.  | Chamillionaire | "Ridin" | PA-1-317-544 |
| 7.  | Ciara | "Get Up" | Pending |
| 8.  | Godsmack | "I Stand Alone" | PA 1-227-288 |
| 9.  | Ice Cube | "Go to Church" | PA 1-323-447 |
| 10. | Avril Lavigne | "Slipped Away" | PA 251-269 |
| 11. | Musiq | "Half Crazy" | PA 1-221-011 |
| 12. | No Doubt | "Spiderwebs" | PA 807-223 |
| 13. | No Doubt | "Running" | PA 1-075-481 |
| 14. | No Doubt | "In My Head" | PA 1-075-482 |
| 15. | Rihanna | "PS (I'm Still Not Over You)" | Pending |

EXHIBIT A PAGE 25



**EXHIBIT G Page 135**

**EXHIBIT B PAGE 26**    11/16/2006 7:21 PM

Comments: 12

Tags: **beautiful, day**

Categories: **Music**

## Comments

Listing 1-10 of 12                    1  **2**  of **2**                    Next >

| From | Comment |
|------|---------|
| **Justin**<br>Online Now! | **10/15/2006 05:39:00PM**<br>Bono is the raddest dude alive.<br>oh man, i love U2 soooo much!!! |
| **Steve** | **09/17/2006 03:00:00PM**<br>The Heart is A-Bloom. It's A Beautiful Day. Don't Let It Get Away. |
| **phoenixwolf** | **08/20/2006 01:03:00AM**<br>U2 Favorite Band |
| **kingpeter06**<br>Online Now! | **08/10/2006 11:45:00PM**<br>this is the coolest |
| NO PHOTO | **08/04/2006 06:07:00PM**<br>This song brings back great memories from 2000. Awesome! |
| **Jaclyn** | **07/21/2006 12:49:00PM**<br>I cannot believe they actually were under real jet liners on a real run-way! So awesome! If I'd been on that plane, I'd jump out just to meet U2 and be in the video! :P |
| **Chris, Brittney, And An Astros Cap** | **07/02/2006 01:03:00PM**<br>It is a beautiful day |
| **♥Brit²ney** | **06/30/2006 06:00:00PM**<br>The greatest song EVER!!!!!! && I can not forget about the band!!!! MY FAVORITE!!!! |



| | |
|---|---|
| **Richie Buxton**<br> | **06/24/2006 08:24:00AM**<br>One of the best songs ever written |
| **Romo©**<br><br>⬤ Online Now! | **06/09/2006 06:07:00PM**<br>I like how Bono just spoils himself in the terminal and plays in the rotating doors. |

Listing 1-10 of 12        1   **2**   of   **2**        Next >

**About** | **FAQ** | **Terms** | **Privacy** | **Safety Tips** | **Contact MySpace** | **Promote!** | **Advertise** | **MySpace International**

©2003-2006 MySpace.com. All Rights Reserved.



**Auto Insurance For Less™**    The General Says Yes!    Quote Me Now!

# THE GENERAL®
www.thegeneral.com

| | Web | Search |

Home   Browse   Search   Invite   Film   Mail   Blog   Favorites   Forum   Groups   Events   Videos   Music   Comedy
Classifieds

**MYSPACE MUSIC**    Music Videos   Directory   Search   Top Artists   Shows   Music Forums   Music Classifieds   Artist Signup

## u2222222222222222
**Drum & Bass**


NO PHOTO

United States

Profile Views: 40048

Last Login: 10/19/2006

View My: **Pics**
| **Videos**



with or without you
u2222222222222222

Total Plays: 39731    Downloads Today: 4    Plays Today: 441

NO PHOTO

with or without you    Plays: 39731
Download | Rate | Comments | Lyrics | Add

**myspace.com** a place for friends    (STANDALONE PLAYER)

### Contacting u2222222222222222
✉ **Send Message**           ✉ **Forward to Friend**
👤 **Add to Friends**          👤 **Add to Favorites**
👤 **Instant Message**        👤 **Block User**
👤 **Add to Group**           👤 **Rank User**

**MySpace URL:**
http://www.myspace.com/u2222222222222222

### u2222222222222222: General Info
| Member Since | 10/19/2006 |
| Record Label | unsigned |

u2222222222222222's Latest Blog Entry [Subscribe to this Blog]

[View All Blog Entries]

### About u2222222222222222

### u2222222222222222's Friend Space

u2222222222222222 has **1** friends.

**Tom**



View All of u2222222222222222 's Friends

### u2222222222222222's Friends Comments

**Add Comment**

About | FAQ | Terms | Privacy | Safety Tips | Contact MySpace | Report Inappropriate Content | Promote! | Advertise
MySpace International

**EXHIBIT G Page 138**

©2003-2006 MySpace.com. All Rights Reserved.

**EXHIBIT G Page 139**

EXHIBIT C PAGE 30





THE FIRST LIVE BROADCAST ON MYSPACE
**SATURDAY, NOVEMBER 18TH**
EASTERN: 11PM - 5AM
PACIFIC: 8PM - 2AM

PAUL OAKENFOLD
SANDRA COLLINS
& VELLO VIRKHAUS
JONATHAN PETERS

| | Web | Search |

Home   Browse   Search   Invite   Film   Mail   Blog   Favorites   Forum   Groups   Events   Videos   Music   Comedy
Classifieds

**MYSPACE MUSIC**    Music Videos   Directory   Search   Top Artists   Shows   Music Forums   Music Classifieds   Artist Signup

## youtwo
**Rock / Christian**



"Its a Beautiful Day"

BEVERLY HILLS,
California
United States

Profile Views:
1620

View My: **Pics** | **Videos**

Last Login:
6/20/2006

Beautiful Day
youtwo

Total Plays: 1637          Downloads Today: 0          Plays Today: 7



Beautiful Day    Plays: 1637
Download | Rate | Comments | Lyrics | Add

All that you can't leave behind

myspace.com a place for music    (STANDALONE PLAYER)

### Contacting youtwo

✉ Send Message          ✉ Forward to Friend
➕ Add to Friends        ☑ Add to Favorites
☎ Instant Message       ☻ Block User
➕ Add to Group          ☻ Rank User

**MySpace URL:**
http://www.myspace.com/yooooootooooo

### youtwo: General Info

| Member Since | 6/18/2006 |
| Band Website | u2.com |

**youtwo's Latest Blog Entry [Subscribe to this Blog]**

**[View All Blog Entries]**

### About youtwo

U2 was formed in the summer of 1978 while its members were still students at Dublin's Mount Temple School. Bono (vocals), the Edge (guitars, piano), Larry Mullen, Jr. (drums) and Adam Clayton (bass) played small venues in their native Dublin and the following year released their first record, a one-off three-track EP titled U23. By January 1980, U2 had built up a loyal following and the Hot Press (Ireland's leading rock magazine) Reader's Poll placed them at the top of five categories. In April 1980, U2 signed to Island Records and one month later released their first single, "11 O'Clock Tick Tock." U2 have recorded "Tough," a tribute to singer Bono's father who passed away in 2001, for their tenth album, which they hope to finish this summer for a fall release. Among the other new tracks to be featured on the follow-up to 2000's Grammy-winning All That You Can't Leave Behind is "Full Metal Jacket," which Bono describes as "the mother of all rock tunes." The band began recording in Dublin last year with producer Chris Thomas (Sex Pistols, Paul McCartney); in February, Steve Lillywhite, who recorded U2's early records, took over. "The record is so good that it won't even matter that people are sick of U2," Bono added. "It's driven by a guitar player who's sick of the sight of me shaking hands with dodgy politicians."

### youtwo's Friend Space

**youtwo has 0 friends.**

You haven't added any friends yet.
To start having fun on MySpace you need to invite some friends and get the ball rolling!

(**Invite Your Friends Here**)

**youtwo's Friends Comments**

Add Comment

©2003-2006 MySpace.com. All Rights Reserved.



MySpace.com | Home          The Web ⬡ MySpace ⬡ [          ] Search                    Help | SignUp

| Home | Browse | Search | Invite | Film | Mail | Blog | Favorites Classifieds | Forum | Groups | Events | Videos | Music | Comedy |

**MYSPACE MUSIC**          Music Videos    Directory    Search    Top Artists    Shows    Music Forums    Music Classifieds    Artist Signup

## FERGIEEEEEE
**Pop**



CORONA, California
United States

Profile Views: 16655

Last Login: 10/26/2006

View My: **Pics**
| **Videos**

### Contacting FERGIEEEEEE

| ✉ Send Message | ➤ Forward to Friend |
| 👥 Add to Friends | ⭐ Add to Favorites |
| 🔒 Instant Message | 🚫 Block User |
| 👥 Add to Group | Rank User |

**MySpace URL:**
http://www.myspace.com/fergieeeee1

### fergieeeee1: General Info

| Member Since | 10/26/2006 |
| Record Label | unsigned |

[ player controls ]  **BIG GIRLS DONT CRY**
FERGIEEEEEE

Total Plays: 21839          Downloads Today: 9          Plays Today: 456



**BIG GIRLS DONT CRY**    Plays: 21839
Download | Rate | Comments | Lyrics | Add



**myspace**.com
*a place for friends*    (STANDALONE PLAYER)

**FERGIEEEEEE's Latest Blog Entry [Subscribe to this Blog]**

**[View All Blog Entries]**

### About fergieeeee1

### FERGIEEEEEE's Friend Space

**FERGIEEEEEE has 1 friends.**

**Monica Lynn**



**View All of FERGIEEEEEE 's Friends**

### FERGIEEEEEE's Friends Comments

**Add Comment**

About | FAQ | Terms | Privacy | Safety Tips | Contact MySpace | Report Inappropriate Content | Promote! | Advertise

MySpace International

©2003-2006 MySpace.com. All Rights Reserved.



MYSPACE MUSIC          Music Videos | Directory | Search | Top Artists | Shows | Music Forums | Music Classifieds | Artist Signup

## fergieee
Pop



NO PHOTO

CORONA, California
United States

Profile Views:  16333

Last Login:  10/26/2006

View My: **Pics**
| **Videos**

### Contacting fergieee

✉ Send Message          👣 Forward to Friend

👥 Add to Friends        📋 Add to Favorites

💬 Instant Message       ⛔ Block User

👥 Add to Group          👥 Rank User

**MySpace URL:**
http://www.myspace.com/fergie8

### fergie8: General Info

| Member Since | 10/26/2006 |
|---|---|
| Record Label | unsigned |

Big girls dont cry
fergieee

Total Plays: 18624      Downloads Today: 16      Plays Today: 422



**Big girls dont cry**      Plays: 18624
Download | Rate | Comments | Lyrics | Add



**myspace.com**    (STANDALONE PLAYER)
a place for friends

**fergieee's Latest Blog Entry [Subscribe to this Blog]**

**[View All Blog Entries]**

### About fergie8

### fergieee's Friend Space

**fergieee has 1 friends.**

**Tom**



**View All of fergieee 's Friends**

### fergieee's Friends Comments

**Add Comment**

About | FAQ | Terms | Privacy | Safety Tips | Contact MySpace | Report Inappropriate Content | Promote! | Advertise | MySpace International

©2003-2006 MySpace.com. All Rights Reserved.



**EXHIBIT G Page 145**

EXHIBIT G PAGE 36

11/1/2006 9:44 PM