1  DIANA M. TORRES (S.B. #162284)
   dtorres@omm.com
2  SHANNON KEAST (S.B. #233585)
   skeast@omm.com
3  O'MELVENY & MYERS LLP
   400 South Hope Street
4  Los Angeles, CA 90071-2899
   Telephone: (213) 430-6000
5  Facsimile: (213) 430-6407

6  DALE M. CENDALI (admitted *pro hac vice*)
   dcendali@omm.com
7  JOHANNA SCHMITT (admitted *pro hac vice*)
   jschmitt@omm.com
8  O'MELVENY & MYERS LLP
   Times Square Tower, 7 Times Square
9  New York, NY 10036-2899
   Telephone: (212) 326-2000
10 Facsimile: (212) 326-2061

11 Attorneys for Defendants
   MYSPACE, INC. and NEWS
12 CORPORATION

13                 UNITED STATES DISTRICT COURT

14                 CENTRAL DISTRICT OF CALIFORNIA

15                       WESTERN DIVISION

16

17
   UMG RECORDINGS, INC., *et al.*,       Case No. CV 06-07361 AHM (AJWx)
18
                  Plaintiffs,            **DEFENDANTS MYSPACE INC.'S**
19                                       **AND NEWS CORPORATION'S**
          v.                             **FIRST AMENDED ANSWER TO**
20                                       **PLAINTIFFS' FIRST AMENDED**
   MYSPACE, INC., d/b/a                  **COMPLAINT**
21 MYSPACE.COM, NEWS
   CORPORATION and DOES 1-10,            Judge: Hon. A. Howard Matz
22                                       Ctrm: 14
                  Defendants.
23

24        Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure,

25 Defendants MySpace, Inc. and News Corporation (collectively, "MySpace"[1]), by

26 and through their attorneys, hereby submit this amended response to the First

27 Amended Complaint ("FAC") filed by UMG Recordings, Inc., Songs of Universal,

28 ─────────────────────────────
   [1] For convenience only, defendants MySpace, Inc. and News Corporation are referred to collectively as "MySpace."
                                    MYSPACE'S AMENDED ANSWER TO
                            PLAINTIFFS' FAC CV 06-07361 AHM (AJWX)

**EXHIBIT H Page 146**

Dockets.Justia.com

1  Inc., Universal-Polygram International Publishing, Inc., and Rondor Music

2  International, Inc. (collectively "UMG") as follows:

3       1.    MySpace denies the allegations contained in paragraph 1, but admits

4  that it is "one of the world's largest and best known 'social networking sites.'"

5       2.    MySpace denies the allegations contained in paragraph 2, but admits

6  that its Terms of Use define "content" to include, *inter alia*, musical works and

7  video and that its Terms of Use contains the following language, which was quoted

8  by Plaintiffs out of context by omitting the key phrase "to satisfy technical

9  requirements":

10      Without this license, MySpace.com would be unable to provide the

11      MySpace Services.  For example, without the right to modify Member

12      Content, MySpace.com would not be able to digitally compress music

13      files that Members submit or otherwise format Content to satisfy

14      technical requirements, and without the right to publicly perform

15      Member Content, MySpace.com could not allow Users to listen to

16      music posted by Members.

17       3.    MySpace denies the allegations contained in paragraph 3.

18       4.    MySpace denies the allegations contained in paragraph 4.

19       5.    MySpace states that the allegations contained in paragraph 5 are

20  conclusions of law as to which no response is necessary, but, to the extent any

21  response is required, MySpace denies each and every allegation contained therein.

22

23                 **JURISDICTION AND VENUE**

24       6.    MySpace states that the allegations contained in paragraph 6 are

25  conclusions of law as to which no response is necessary.

26       7.    MySpace states that the allegations contained in paragraph 7 are

27  conclusions of law as to which no response is necessary, but, to the extent any

28  response is required, MySpace admits that it and Plaintiffs do business in this

- 2 -    MYSPACE'S AMENDED ANSWER TO
PLAINTIFFS' FAC CV 06-07361 AHM (AJWX)

1    judicial District but, except as so admitted, denies each and every allegation

2    contained therein.

3          8.    MySpace states that the allegations contained in paragraph 8 are

4    conclusions of law as to which no response is necessary.

5

6                        **THE PARTIES**

7          9.    MySpace lacks knowledge or information sufficient to form belief as

8    to the truth of the allegations contained in paragraph 9, and on that basis, denies the

9    allegations.

10        10.    MySpace lacks knowledge or information sufficient to form belief as

11   to the truth of the allegations contained in paragraph 10, and on that basis, denies

12   the allegations.

13        11.    MySpace lacks knowledge or information sufficient to form belief as

14   to the truth of the allegations contained in paragraph 11, and on that basis, denies

15   the allegations.

16        12.    MySpace lacks knowledge or information sufficient to form belief as

17   to the truth of the allegations contained in paragraph 12, and on that basis, denies

18   the allegations.

19        13.    MySpace admits the allegations contained in the first two sentences in

20   paragraph 13, but denies all other allegations in paragraph 13.

21        14.    MySpace denies the allegations contained in paragraph 14, but admits

22   that it is an indirect subsidiary of News Corporation.   MySpace admits the

23   allegations contained in the first two sentences in paragraph 14, but denies all other

24   allegations in paragraph 14.

25        15.    MySpace lacks knowledge or information sufficient to form belief as

26   to the truth of the allegations contained in paragraph 15, and on that basis, denies

27   the allegations.

28        16.    MySpace denies the allegations contained in paragraph 16.

- 3 -    MYSPACE'S AMENDED ANSWER TO
PLAINTIFFS' FAC CV 06-07361 AHM (AJWX)

1

## GENERAL AVERMENTS

2    17.    MySpace denies the allegations contained in paragraph 17, but admits

3    that it operates an internet website located at the Uniform Resource Locator

4    ("URL") www.myspace.com. MySpace further admits that it does not charge a fee

5    for membership and that on August 7, 2006, News Corp. announced that it had

6    entered into an agreement whereby Google would become the exclusive keyword-

7    targeted advertising partner of several companies affiliated with News Corp.,

8    including MySpace.

9    18.    MySpace denies the allegations contained in paragraph 17, but

10    MySpace admits that the language quoted and taken out of context in sub-paragraph

11    (h) is set forth in MySpace's Terms of Use in effect at the time of the filing of the

12    FAC. MySpace admits the allegations in sub-paragraph (o) to the limited extent

13    that MySpace offers a search function for certain content on its site. MySpace

14    further admits the allegations in sub-paragraphs (p) and (q). MySpace further

15    admits the allegations in sub-paragraph (r) to the limited extent that MySpace

16    provides certain data about specific videos and songs and allows users to post and

17    read comments about particular videos. MySpace further admits that its Terms of

18    Use in effect at the time of the filing of the FAC state that MySpace may pre-screen

19    content, that it reserves the right "to reject, refuse to post or remove any posting"

20    from MySpace.com, and that it reserves the right to delete any content from

21    MySpace.com.

22    19.    MySpace denies the allegations contained in paragraph 19.

23    20.    MySpace denies the allegations contained in paragraph 20.

24    21.    MySpace denies the allegations contained in paragraph 21, but admits

25    and alleges that the "MySpace Music" section of the MySpace.com website is for

26    authentic musicians and bands. MySpace further admits that it furnishes a music

27    player on MySpace Music pages, through which users can listen to the music

28    uploaded by the band that maintains the page. MySpace further admits and alleges

- 4 -    MYSPACE'S AMENDED ANSWER TO
PLAINTIFFS' FAC CV 06-07361 AHM (AJWX)

1    that U2 (and/or its authorized representatives) has made available, with UMG's

2    knowledge and authorization, songs including "Window in the Skies," "The Saints

3    Are Coming," "Sometimes You Can't Make It On Your Own," and "Vertigo" on its

4    MySpace page at www.myspace.com/u2.

5         22.    MySpace denies the allegations contained in paragraph 22, but admits

6    that MySpace offers a search function for certain content on its site. MySpace

7    further admits and alleges that Fergie (and/or her authorized representatives) has

8    made available, with UMG's knowledge and authorization, songs including

9    "Glamorous," "Fergalicious," "London Bridge," and "All That I Got" on her

10    MySpace page at www.myspace.com/fergie.

11         23.    MySpace denies the allegations contained in paragraph 23.

12         24.    MySpace states that the allegations contained in paragraph 24 are

13    conclusions of law as to which no response is necessary, but, to the extent any

14    response is required, MySpace denies each and every allegation contained therein.

15         25.    MySpace denies the allegations contained in paragraph 25.

16

17                            **COUNT I**

18          **DIRECT COPYRIGHT INFRINGEMENT**

19         26.    MySpace incorporates its responses to the allegations contained in

20    paragraphs 1-25 of the FAC as if fully set forth herein.

21         27.    MySpace states that the allegations contained in paragraph 27 are

22    conclusions of law as to which no response is necessary, but, to the extent any

23    response is required, MySpace denies each and every allegation contained therein.

24         28.    MySpace states that the allegations contained in paragraph 28 are

25    conclusions of law as to which no response is necessary, but, to the extent any

26    response is required, MySpace denies each and every allegation contained therein.

27         29.    MySpace states that the allegations contained in paragraph 29 are

28    conclusions of law as to which no response is necessary, but, to the extent any

- 5 -    MYSPACE'S AMENDED ANSWER TO
PLAINTIFFS' FAC CV 06-07361 AHM (AJWX)

1   response is required, MySpace denies each and every allegation contained therein.

2       30.    MySpace states that the allegations contained in paragraph 30 are

3   conclusions of law as to which no response is necessary, but, to the extent any

4   response is required, MySpace denies each and every allegation contained therein.

5       31.    MySpace states that the allegations contained in paragraph 31 are

6   conclusions of law as to which no response is necessary, but, to the extent any

7   response is required, MySpace denies each and every allegation contained therein.

8       32.    MySpace states that the allegations contained in paragraph 32 are

9   conclusions of law as to which no response is necessary, but, to the extent any

10  response is required, MySpace denies each and every allegation contained therein.

11      33.    MySpace states that the allegations contained in paragraph 33 are

12  conclusions of law as to which no response is necessary, but, to the extent any

13  response is required, MySpace denies each and every allegation contained therein.

14

15                          **COUNT II**

16      **CONTRIBUTORY COPYRIGHT INFRINGEMENT**

17      34.    MySpace incorporates its responses to the allegations contained in

18  paragraphs 1-33 of the FAC as if fully set forth herein.

19      35.    MySpace states that the allegations contained in paragraph 35 are

20  conclusions of law as to which no response is necessary, but, to the extent any

21  response is required, MySpace denies each and every allegation contained therein.

22      36.    MySpace states that the allegations contained in paragraph 36 are

23  conclusions of law as to which no response is necessary, but, to the extent any

24  response is required, MySpace denies each and every allegation contained therein.

25      37.    MySpace states that the allegations contained in paragraph 37 are

26  conclusions of law as to which no response is necessary, but, to the extent any

27  response is required, MySpace denies each and every allegation contained therein.

28      38.    MySpace states that the allegations contained in paragraph 38 are

- 6 -          MYSPACE'S AMENDED ANSWER TO
               PLAINTIFFS' FAC CV 06-07361 AHM (AJWX)

1    conclusions of law as to which no response is necessary, but, to the extent any

2    response is required, MySpace denies each and every allegation contained therein.

3         39.    MySpace states that the allegations contained in paragraph 39 are

4    conclusions of law as to which no response is necessary, but, to the extent any

5    response is required, MySpace denies each and every allegation contained therein.

6         40.    MySpace states that the allegations contained in paragraph 40 are

7    conclusions of law as to which no response is necessary, but, to the extent any

8    response is required, MySpace denies each and every allegation contained therein.

9         41.    MySpace states that the allegations contained in paragraph 41 are

10   conclusions of law as to which no response is necessary, but, to the extent any

11   response is required, MySpace denies each and every allegation contained therein.

12

13                            **COUNT III**

14             **VICARIOUS COPYRIGHT INFRINGEMENT**

15        42.    MySpace incorporates its responses to the allegations contained in

16   paragraphs 1-41 of the FAC as if fully set forth herein.

17        43.    MySpace states that the allegations contained in paragraph 42 are

18   conclusions of law as to which no response is necessary, but, to the extent any

19   response is required, MySpace denies each and every allegation contained therein.

20        44.    MySpace states that the allegations contained in paragraph 44 are

21   conclusions of law as to which no response is necessary, but, to the extent any

22   response is required, MySpace denies each and every allegation contained therein.

23        45.    MySpace states that the allegations contained in paragraph 45 are

24   conclusions of law as to which no response is necessary, but, to the extent any

25   response is required, MySpace denies each and every allegation contained therein.

26        46.    MySpace states that the allegations contained in paragraph 46 are

27   conclusions of law as to which no response is necessary, but, to the extent any

28   response is required, MySpace denies each and every allegation contained therein.

- 7 -        MYSPACE'S AMENDED ANSWER TO
             PLAINTIFFS' FAC CV 06-07361 AHM (AJWX)

1    47.    MySpace states that the allegations contained in paragraph 47 are
2    conclusions of law as to which no response is necessary, but, to the extent any
3    response is required, MySpace denies each and every allegation contained therein.
4    48.    MySpace states that the allegations contained in paragraph 48 are
5    conclusions of law as to which no response is necessary, but, to the extent any
6    response is required, MySpace denies each and every allegation contained therein.
7    49.    MySpace states that the allegations contained in paragraph 49 are
8    conclusions of law as to which no response is necessary, but, to the extent any
9    response is required, MySpace denies each and every allegation contained therein.
10    50.    MySpace states that the allegations contained in paragraph 50 are
11    conclusions of law as to which no response is necessary, but, to the extent any
12    response is required, MySpace denies each and every allegation contained therein.
13
14    **COUNT IV**
15    **INDUCING COPYRIGHT INFRINGEMENT**
16    51.    MySpace incorporates its responses to the allegations contained in
17    paragraphs 1-50 of the FAC as if fully set forth herein.
18    52.    MySpace states that the allegations contained in paragraph 52 are
19    conclusions of law as to which no response is necessary, but, to the extent any
20    response is required, MySpace denies each and every allegation contained therein.
21    53.    MySpace states that the allegations contained in paragraph 52 are
22    conclusions of law as to which no response is necessary, but, to the extent any
23    response is required, MySpace denies each and every allegation contained therein.
24    54.    MySpace states that the allegations contained in paragraph 52 are
25    conclusions of law as to which no response is necessary, but, to the extent any
26    response is required, MySpace denies each and every allegation contained therein.
27    55.    MySpace states that the allegations contained in paragraph 55 are
28    conclusions of law as to which no response is necessary, but, to the extent any

- 8 -

MYSPACE'S AMENDED ANSWER TO
PLAINTIFFS' FAC CV 06-07361 AHM (AJWX)

1  response is required, MySpace denies each and every allegation contained therein.

2      56.    MySpace states that the allegations contained in paragraph 56 are

3  conclusions of law as to which no response is necessary, but, to the extent any

4  response is required, MySpace denies each and every allegation contained therein.

5      57.    MySpace states that the allegation contained in paragraph 57 is a

6  conclusion of law as to which no response is necessary, but, to the extent any

7  response is required, MySpace denies each and every allegation contained therein.

8      58.    MySpace states that the allegations contained in paragraph 58 are

9  conclusions of law as to which no response is necessary, but, to the extent any

10  response is required, MySpace denies each and every allegation contained therein.

11

12                    **AFFIRMATIVE DEFENSES**

13      MySpace sets forth below the affirmative and/or additional defenses to

14  each cause of action reasonably known to it at this time, based on its investigation

15  of Plaintiffs' claims to date.  By virtue of having listed the following defenses,

16  MySpace does not assume any legal or factual burden not otherwise assigned to it

17  under the law.

18              **First Affirmative Defense – All Counts**

19      (Digital Millennium Copyright Act – 17 U.S.C. §§ 512(c), 512(j))

20      1.    MySpace is a "service provider" and is entitled to the protection

21  afforded by the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512.

22      2.    Pursuant to section 512(i), MySpace has adopted and reasonably

23  implemented a policy that provides for the termination in appropriate circumstances

24  of the MySpace account of users who are repeat infringers of copyright.  MySpace

25  informs its users of this policy through its website.

26      3.    Pursuant to section 512(c)(2) of the DMCA, MySpace has designated

27  with the United States Copyright Office an agent to receive notifications of claimed

28  infringement relating to MySpace.com, and provides information regarding the

- 9 -      MYSPACE'S AMENDED ANSWER TO
       PLAINTIFFS' FAC CV 06-07361 AHM (AJWX)

**EXHIBIT H Page 154**

1   designated agent on publicly available websites.

2       4.    MySpace has complied in all respects with the DMCA in addressing

3   content posted on MySpace.com.  Specifically, in response to any notifications

4   from UMG regarding potentially infringing content on MySpace, MySpace has

5   taken all actions required pursuant to section 512(c)(1)(A)(iii) and 512(c)(1)(C) of

6   the DMCA.

7       5.    MySpace does not receive any financial benefit as the result of any

8   potentially unauthorized activity, and MySpace does not have the right or ability to

9   control potentially unauthorized activities by its users.

10      6.    Having complied in all respects with sections 512(i) and 512(c) of the

11  DMCA, MySpace cannot be held liable for any monetary damages arising out of

12  any of the causes of action in Plaintiffs' FAC.

13      7.    Given MySpace's full compliance with section 512(c) of the DMCA,

14  Plaintiffs' request for injunctive relief in Counts 1 through 4 of the FAC is

15  expressly limited by sections 512(c) and 512(j) of the DMCA, and is mooted in any

16  event by actions voluntarily undertaken by MySpace.

17                  **Second Affirmative Defense – All Counts**

18                  (Failure to Mitigate Damages & Protect Copyrights)

19      8.    Plaintiffs' demands must be reduced or offset to the extent Plaintiffs

20  have failed to mitigate or avoid their purported harm or damages by failing to take

21  reasonable steps to protect their copyrights.

22                  **Third Affirmative Defense – All Counts**

23                  (Misuse of Copyright)

24      9.    Each and every cause of action in the FAC is barred by the misuse of

25  copyright doctrine.

26                  **Fourth Affirmative Defense – All Counts**

27                  (Innocent Infringement – 17 U.S.C. § 504(c)(2))

28      10.   To the extent Plaintiffs seek, in Counts 1 through 4, the recovery of

- 10 -          MYSPACE'S AMENDED ANSWER TO
                PLAINTIFFS' FAC CV 06-07361 AHM (AJWX)

1  statutory damages provided under the Copyright Act, any such damages are limited

2  by 17 U.S.C. § 504(c)(2).

3  ### Fifth Affirmative Defense – All Counts

4  (Estoppel)

5  11.    Each and every cause of action in the FAC is barred by the doctrine of

6  estoppel.

7  ### Sixth Affirmative Defense – All Counts

8  (Acquiescence)

9  12.    Each and every cause of action in the FAC is barred by the doctrine of

10  acquiescence.

11  ### Seventh Affirmative Defense – All Counts

12  (Laches)

13  13.    Each and every cause of action in the FAC is barred by the doctrine of

14  laches.

15  ### Eighth Affirmative Defense – All Counts

16  (Unclean Hands)

17  14.    Each and every cause of action in the FAC is barred by the doctrine of

18  unclean hands.

19  ### Ninth Affirmative Defense – All Counts

20  (Waiver)

21  15.    Each and every cause of action in the FAC is barred by the doctrine of

22  waiver.

23  ### Tenth Affirmative Defense – All Counts

24  (Implied License)

25  16.    Each and every cause of action in the FAC is barred by the doctrine of

26  implied license.

27

28

- 11 -

MYSPACE'S AMENDED ANSWER TO
PLAINTIFFS' FAC CV 06-07361 AHM (AJWX)

1                      **Eleventh Affirmative Defense – All Counts**

2                      (Fair Use – 17 U.S.C. § 107)

3       17.     The activities MySpace.com alleged by Plaintiffs to be directly

4 infringing of Plaintiffs' copyrights constitutes "fair use" pursuant to 17 U.S.C. §

5 107. As such, each and every cause of action in the FAC is barred by the doctrine

6 of fair use.

7                      **Twelfth Affirmative Defense – All Counts**

8                      (Lack of Standing)

9       18.     Each and every cause of action in the FAC is barred because Plaintiffs

10 lack standing to assert such claims.

11                    **Thirteenth Affirmative Defense – All Counts**

12                      (Consent)

13       19.     Each and every cause of action in the FAC is barred by the doctrine of

14 consent.

15                    **Fourteenth Affirmative Defense – All Counts**

16           (Failure to State a Claim – Fed. R. Civ. P. 12(b)(6))

17       20.     Each and every cause of action in the FAC fails to state facts sufficient

18 to constitute a claims for relief.

19                     **Fifteenth Affirmative Defense – All Counts**

20                   (Statute of Limitations)

21       21.     Each and every cause of action in the FAC is barred by the statute of

22 limitations.

23                     **Sixteenth Affirmative Defense – All Counts**

24              (Substantial Non-Infringing Use)

25       22.     Each and every cause of action in the FAC is barred because

26 MySpace's product is a staple article of commerce that has substantial non-

27 infringing uses.

28

                           - 12 -         MYSPACE'S AMENDED ANSWER TO
PLAINTIFFS' FAC CV 06-07361 AHM (AJWX)

**EXHIBIT H Page 157**

1

2          **Seventeenth Affirmative Defense – All Counts**

3                        (*De Minimis* Use)

4          23.    Each and every cause of action in the FAC is barred in whole or in part

5    because MySpace's use, if any, of Plaintiffs' copyrighted works has been *de*

6    *minimis*.

7          **Eighteenth Affirmative Defense – All Counts**

8                        (Excessive Damages)

9          24.    The statutory damages sought by Plaintiffs are legally and factually

10   excessive and/or otherwise legally improper.

11

12                        **PRAYER FOR JUDGMENT**

13          WHEREFORE, having answered the FAC, MySpace prays for

14   judgment against Plaintiffs as follows:

15          1.    That Plaintiffs' FAC be dismissed with prejudice, and that Plaintiff

16   take nothing thereby;

17          2.    That MySpace be awarded its costs, including expert witness fees,

18   incurred herein;

19          3.    That MySpace be awarded its attorneys' fees and expenses in

20   accordance with 17 U.S.C. § 505, the federal common law, or otherwise; and

21          4.    That MySpace be granted such other and further relief as the Court

22   may deem just and proper.

23          Dated:       March 23, 2007        O'MELVENY & MYERS LLP

24

25                                            By:

26                                               Shannon Keast
                                                 Attorneys for Defendants
27                                               MYSPACE, INC. and NEWS
                                                 CORPORATION
28

                                    - 13 -         MYSPACE'S AMENDED ANSWER TO
                                                   PLAINTIFFS' FAC CV 06-07361 AHM (AJWX)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 400 South Hope Street, Los Angeles, California 90071-2899.

On March 23, 2007, I served **DEFENDANTS MYSPACE INC.'S AND NEWS CORPORATION'S FIRST AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT** upon counsel named below by placing a true and correct copy thereof in an envelope addressed as follows:

**Steven A. Marenberg, Esq.**
**Elliot Brown, Esq.**
**Irell & Manella LLP**
**1800 Avenue of the Stars, Suite 900**
**Los Angeles, CA 90067-4276**
**Fax: (310) 203-7199**

☐ (By Mail) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (By Airborne Express) I caused such envelope to be placed in the Airborne Express depository at Los Angeles, California.

☑ (By Personal Service) I prepared such envelope to be delivered by hand to the addressee(s).

☐ (Facsimile) I caused such document to be transmitted via facsimile at the above numbers.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☑ (Federal) I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

Executed on March 23, 2007, at Los Angeles, California.

_Roz Musacchia_
Roz Musacchia

1
2
3          **PROOF OF PERSONAL SERVICE**
4
5          I am a citizen of the United States and employed in the County of Los

6   Angeles, State of California, at the law firm of O'Melveny & Myers, located at 400 South

7   Hope Street, Los Angeles, CA 90071-2899. I am not a party to this action.

8
           On March 23, 2007 I caused the personal service of the following
9
    document(s):
10
              **DEFENDANTS MYSPACE INC.'S AND NEWS**
11            **CORPORATION'S FIRST AMENDED ANSWER TO**
              **PLAINTIFF'S FIRST AMENDED COMPLAINT**
12
    by requesting that an agent or employee of Worldwide Network, Inc. deliver to the office
13
    of the recipient named below, either by handing the document(s) to the recipient or by
14
    leaving the document(s) with the receptionist or other person apparently in charge of the
15
    recipient's office:
16
              **Steven A. Marenberg, Esq.**
17            **Elliot Brown, Esq.**
              **Irell & Manella LLP**
18            **1800 Avenue of the Stars, Suite 900**
              **Los Angeles, CA 90067-4276**
19
              I declare under penalty of perjury under the laws of the State of California
20
    that the above is true and correct. Executed on March 23, 2007, at Los Angeles,
21
    California.
22
23
24  SIGNATURE:        _Roz Musacchia_
25  PRINTED NAME:        Roz Musacchia
26
27
28