# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**AMENDED CIVIL MINUTES - GENERAL**

| Case No. | CV 06-6561 AHM (AJWx) | Date | March 1, 2007 |
|---|---|---|---|
| Title | UMG RECORDINGS, INC., et al. v. GROUPER NETWORKS, INC., et al. | | |

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

---

**Present: The Honorable**  A. HOWARD MATZ, U.S. DISTRICT JUDGE

Stephen Montes
Deputy Clerk                Court Reporter / Recorder             Tape No.

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

**Proceedings:**   (In Chambers)–No Proceedings Held

The Court has received and accepts the parties' joint further report regarding coordinated discovery, insofar as it goes. Rather than order formal coordination, however, and in order to provide clear guidance to, and support for, the hardworking Magistrate Judge, the Court will construe the stipulation to reflect an agreement between the parties that they "will be bound by the single determination of the magistrate judge" as to *all* overlapping or jointly applicable discovery disputes, including not only document requests but also issues arising out of depositions, interrogatories and requests for admission. All parties shall have the right to be heard in any discovery dispute presented to the Magistrate Judge and his determination on any such issue applicable to both cases shall be binding precedent on all parties in this action and in *UMG v. MySpace*, CV 06-7361 AHM (AJWx).

In order for the parties' stipulation to make sense and be enforced meaningfully, moreover, Grouper is hereby ordered to undertake good faith efforts to coordinate with MySpace its discovery demands in the first place.

IT IS SO ORDERED.

DOCKETED ON CM
MAR - 2 2007
BY              002

Initials of Preparer