# Veoh Copyright Policy

Veoh has adopted the following policy concerning copyright infringement in accordance with the Digital Millennium Copyright Act, 17 U.S.C. 512. The contact information for Veoh's Designated Agent to Receive Notification of Claimed Infringement ("Designated Agent") is listed at the end of this policy, and is on file with the United States Copyright Office (http://www.copyright.gov/onlinesp/list/index.html).

Veoh takes copyright and other intellectual property rights very seriously. It is Veoh's policy to (1) expeditiously block access to or remove content that it believes in good faith may contain material that infringes the copyrights of third parties and (2) remove and discontinue service to repeat offenders.

Procedure for Reporting Copyright Infringements:

If you believe that content residing on or accessible through the Veoh website or service infringes your copyright, please send a notice of claimed copyright infringement containing the following information to the Designated Agent listed below:

1. A physical or electronic signature of a person authorized to act on behalf of the owner of the copyright that has been allegedly infringed;

2. Identification of works or materials being infringed;

3. Identification of the content that is claimed to be infringing including information regarding the location of the content that the copyright owner seeks to have removed, with sufficient detail so that Veoh is capable of finding and verifying its existence;

4. Contact information about the notifier including address, telephone number and, if available, e-mail address;

5. A statement that the notifier has a good faith belief that the content is not authorized by the copyright owner, its agent, or the law; and

6. A statement made under penalty of perjury that the information provided is accurate and the notifying party is authorized to make the complaint on behalf of the copyright owner.

Once a complete and proper notice of claimed copyright infringement is received by the Designated Agent, or if Veoh otherwise comes to believe in good faith that a video on the Veoh service may contain material that infringes copyright :

It is Veoh's policy:

1. to remove or disable access to the content identified in the notice of claimed infringement;

2. to notify the content provider, member or user that it has removed or disabled access to the content; and

3. to terminate any account that has been used to post two or more videos that were removed from the Veoh service pursuant to this policy.

Procedure to Supply a Counter-Notice to the Designated Agent:

If the content provider, member or user believes that the content that was removed or to which access was disabled is not infringing, or the content provider, member or user believes that it has the right to post and use such content from the copyright owner, the copyright owner's agent, or pursuant to the law, the content provider, member or user may send a counter-notice containing the following information to the Designated Agent listed below:

1. A physical or electronic signature of the content provider, member or user;

2. Identification of the content that has been removed or to which access has been disabled and the location at which the content appeared before it was removed or disabled;

3. A statement that the content provider, member or user has a good faith belief that the content was removed or disabled as a result of mistake or a misidentification of the content; and

**EXHIBIT N Page 226**

4. Content provider's, member's or user's name, address, telephone number, and, if available, e-mail address and a statement that such person or entity consents to the jurisdiction of the Federal Court for the judicial district in which the content provider's, member's or user's address is located, or if the Content provider's, member's or user's address is located outside the United States, for any judicial district in which Veoh is located, and that such person or entity will accept service of process from the person who provided notification of the alleged infringement.

If a counter-notice is received by the Designated Agent, Veoh may send a copy of the counter-notice to the original complaining party informing that person that it may replace the removed content or cease disabling it in 10 business days. Unless the copyright owner files an action seeking a court order against the content provider, member or user, the removed content may be replaced, or access to it restored, in 10 to 14 business days or more after receipt of the counter-notice, at Veoh's discretion.

Please contact Veoh's Designated Agent at the following address:

Designated Agent to Receive Notification of Claimed Infringement:
Stacie Simons
10880 Wilshire Boulevard, Suite 1850
Los Angeles, CA 90024
copyright-notice@veoh.com
Phone: (310) 500-1019
Fax: (310) 234-2317

**EXHIBIT N Page 227**