# California Business Portal

Secretary of State DEBRA BOWEN

SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES

**Business Search Corporations**

- **New Search**
- **Search Tips**
- **Field Definitions**
- **Status Definitions**
- **Name Availability**
- **Corporate Records**
- **Business Entities Records Order Form**
  - Certificates
  - Copies
  - Status Reports
- **FAQS**
- **Corporations Main Page**
- **Site Search**

## Corporations

The information displayed here is current as of "AUG 31, 2007" and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| VEOH NETWORKS, INC. |||
| **Number:** C2757743 | **Date Filed:** 7/19/2005 | **Status:** active |
| **Jurisdiction:** DELAWARE |||
| **Address** |||
| 7220 TRADE ST #115 |||
| SAN DIEGO, CA 92121 |||
| **Agent for Service of Process** |||
| C T CORPORATION SYSTEM |||
| 818 WEST SEVENTH ST |||
| LOS ANGELES, CA 90017 |||

**New Search**

- For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code **Section 2114** for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. **Privacy Statement**.