Veoh Networks, Inc. v. UMG Recordings, Inc. et al                                                        Doc. 14 Att. 16
Case 5:06-cv-03926-HRL   Document 80-17   Filed 07/24/2007   Page 1 of 7
Case 3:07-cv-05350-AH-BLM   Document 14-17   Filed 09/24/2007   Page 1 of 7

```
 1                   UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF CALIFORNIA

 3                         SAN JOSE DIVISION

 4

 5   _____
                                     )
 6   IO GROUP, INC., a California    )
     corporation,                    )
 7                                   )
                         Plaintiff,  )
 8        vs.                        ) Case No. C-06-03926 (HRL)
                                     )
 9   VEOH NETWORKS, INC., a          )
     California Corporation,         )
10                                   )
                         Defendants. )
11   _____)

12

13

14                    DEPOSITION OF TED DUNNING

15                     SAN DIEGO, CALIFORNIA

16                        MARCH 16, 2007

17

18

19

20

21   REPORTED BY RITA BURGESS, CSR NO. 8374

22

23

24

25
```

Peterson Reporting, Video & Litigation Services     1

EXHIBIT P Page 229

Dockets.Justia.com

```
 1                    UNITED STATES DISTRICT COURT
 2                   NORTHERN DISTRICT OF CALIFORNIA
 3                          SAN JOSE DIVISION
 4
 5     _____
                                      )
 6     IO GROUP, INC., a California   )
       corporation,                   )
 7                                    )
                     Plaintiff,       )
 8          vs.                       ) Case No. C-06-03926 (HRL)
                                      )
 9     VEOH NETWORKS, INC., a         )
       California Corporation,        )
10                                    )
                     Defendants.      )
11     _____)
12
13
14                  DEPOSITION OF TED DUNNING,
15     taken by the Plaintiff, commencing at the hour of 9:00 a.m.
16     on Friday, March 16, 2007, at 530 "B" Street, Suite 350,
17     San Diego, California, before Rita Burgess, Certified
18     Shorthand Reporter, in and for the State of California.
19
20
21
22
23
24
25

                  Peterson Reporting, Video & Litigation Services    2
```

EXHIBIT P Page 230

```
 1   APPEARANCES:

 2        For the Plaintiff:

 3             THE LAW OFFICES OF GILL SPERLEIN
               BY:  GILL SPERLEIN
 4             584 Castro Street, Suite 849
               San Francisco, California  94114
 5

 6        For the Defendants:

 7             WINSTON & STRAWN, LLP
               BY:  JENNIFER A. GOLINVEZUX
 8             101 California Street
               San Francisco, California  94111-5894
 9
          Also Present:
10
               Keith Webb
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25


                 Peterson Reporting, Video & Litigation Services    3
```

```
 1                        TED DUNNING,
 2       having been first duly sworn, testified as follows:
 3
 4                         EXAMINATION
 5   BY MR. SPERLEIN:
 6       Q.    Would you state your name for the record, please?
 7       A.    Ted Emerson Dunning.
 8       Q.    Okay.  Dr. Dunning, have you ever had your
 9   deposition taken before?
10       A.    (Witness nods head).
11       Q.    You have?
12       A.    Yes, I have.
13       Q.    Okay.  Well, you just covered one of the first
14   things that I want to talk to you about.  As you know, the
15   court reporter is going to be taking down everything we say,
16   verbatim.  During regular human conversation, it's common to
17   nod or communicate with non-verbal signals, but unfortunately
18   the court reporter can't interpret those for the record.  So
19   when you respond, I ask that you do so verbally with a yes or
20   no and avoid shaking your head.  And also, often when we're
21   having normal conversation you might anticipate the end of my
22   question, or I might do so with yours, but I ask that you let
23   me complete my question before you respond, and I'll do my
24   best to do the same.  Can we try to make sure we do that
25   today?
```

EXHIBIT P Page 232

```
 1        A.   No reason, but no reason to believe it wouldn't
 2   be either.
 3        Q.   How -- if a video that an individual user wants
 4   to watch, and they don't have the client -- strike that.
 5             How does a video get from the format that it's
 6   submitted in by the publisher into Flash format?
 7        A.   There's a completely automated formatting
 8   exercised to maintain consistent sizing and presentation of
 9   videos on the web site.
10        Q.   Where does that transformation occur?  Does it
11   occur on a particular server?
12        A.   One or more servers.
13        Q.   And can you tell me where those servers reside?
14             Are they at the same co-location facility as the
15   indexing servers?
16        A.   No.
17        Q.   Did you tell me the specific physical location of
18   those servers?
19        A.   Not entirely specific.  It's in Los Angeles.
20        Q.   The user uploads a video file, and there's an
21   automated process for taking that file and putting it in to
22   Flash format.  What are the limitations on that?  Do they --
23   does that happen with every file that's submitted by a
24   publisher?
25        A.   The thumbnail extraction and Flash formatting for
```

Peterson Reporting, Video & Litigation Services    47

EXHIBIT P Page 233

 1   presentation are both done automatically for every video.

 2        Q.   Does this transformation copy the entire video in

 3   to Flash regardless of size?

 4             MS. GOLINVEAUX:  Object to the form of the

 5   question.

 6   BY MR. SPERLEIN:

 7        Q.   Go ahead and answer.

 8        A.   Repeat the question.

 9        Q.   When a publisher submits a file, a video file,

10   you said that the Veoh system automatically transcodes each

11   file into Flash format and extracts screen captures; is that

12   correct?

13        A.   Uh-huh.

14        Q.   My question is, when it transcodes the file into

15   Flash format, does it transcode the entire file regardless of

16   the size of the file?

17        A.   Just a moment.  When he said, is that correct, I

18   said, uh-huh.  I should have said yes.  And I apologize.

19        Q.   Thank you for keeping those things in mind.

20        A.   It examines the entire file, whether or not the

21   Flash file contains the entire file or not, is the technical

22   setting purely for business reasons that I can't comment

23   on.

24             MR. SPERLEIN:  Could you read that last response

25   back to me, please.

Peterson Reporting, Video & Litigation Services    48

EXHIBIT P Page 234

1    I, RITA BURGESS, Certified Shorthand Reporter for the State
2    of California do hereby state under penalty of perjury:
3
4
5    That the witness in the foregoing deposition was by me first
6    duly sworn to testify to the truth, the whole truth and
7    nothing but the truth in the foregoing cause; that the
8    deposition was taken by me in machine shorthand and that the
9    foregoing contains a true record of the testimony of the
10   witness.
11
12
13   Dated this ___31st___ day of ___March___, 2007, at
14   San Diego, California.
15                                    _____
                                       RITA BURGESS
16                                     C.S.R. No. 8374
17
18
19
20
21
22
23
24
25