Veoh Networks, Inc. v. UMG Recordings, Inc. et al                                                    Doc. 14 Att. 17
Team | Veoh Video Network                                                                               Page 1 of 3
Case 3:07-cv-01568-W-BLM    Document 14-18    Filed 09/04/2007    Page 1 of 3

# Team

**The Veoh leadership team's profile reveals a remarkable mix: Entertainment industry insiders, outsiders, and technologists. Executives, inventors, and mentors who consistently build successful ventures across content, distribution and technology business models. Not all of them make headlines, but they've each helped make *history* in their varied fields.**

## Steve Mitgang – Chief Executive Officer

Steve comes to Veoh from Yahoo!, where he was Senior Vice President of the global team leading the definition, creation, and marketing of Yahoo!'s advertising products, platforms, and services. A Silicon Valley and start-up veteran, Steve has 22 years of experience in general management, strategic planning, product management and business development for some for the country's best-known brands, as well as experience with enterprise software and Internet ASPs. While at Yahoo!, Steve was the senior executive credited with creating the vision and managing the production of Project Panama (Yahoo's new monetization platform). Prior to his tenure at Yahoo!, Steve led a variety of consumer marketing and technology companies, driving them to leading market positions or successful exits. He joined Yahoo! after its successful acquisition of Overture Services, where he led the company's Performance Marketing group. Prior to joining Overture, he was president and CEO of Keylime Software, a web analytics company acquired by Overture Services under Steve's stewardship.

## Dmitry Shapiro - Founder and Chief Innovation Officer

Dmitry started Veoh Networks in late 2004 with a short to-do list: Democratize. Open the business of television—once strictly a members-only deal—to a virtual community of indie broadcasters. Second, introduce them to their new, global audiences, hungry for a limitless world of compelling programming to fill every niche interest, and desire.

As an accomplished engineer, he knew this was doable. As a creative soul, he knew it had to be done. Dmitry himself was one of those frustrated independent producers, shut out from participating in the TV game with his imaginative talk-show concept. (On "Hot Tub TV," politicians, celebrities and other newsmakers would all be in hot water—literally, working out global issues and swapping pop-culture dish. Think politically incorrect – in a hot tub).

Before he imagined Veoh, Dmitry built Akonix Systems, one of the leading P2P network security companies with over 1.5 million deployed enterprise licenses in companies such as Viacom, Disney, Newscorp, and Cingular. Before that, Dmitry led the technology groups at CollegeClub, a 4 million member online college community and Fujitsu Telecommunications.

During his youth in Atlanta, Dmitry learned English by watching lots of television, lost most of his Russian accent and gained a B.S. in electrical engineering degree from Georgia Tech.

And if his name sounds oddly familiar, it's probably from your setting up a free Veoh membership. Dmitry automatically requests to be your friend. Yes, *that* guy!

## Joshua Metzger - Senior Vice President, Corporate Development

Joshua is charged with leading Veoh's technology and distribution partnerships. Prior to Veoh, Joshua served in a similar role at Overture Services. While at Overture, he was instrumental in developing the pay-for-performance search business that is now recognized as the most effective advertising category on the Internet. He was also

**EXHIBIT Q Page 236**

instrumental in the procurement of nearly $150 million in financing and the negotiation of multi-million dollar distribution agreements with top Internet companies, including AOL and Yahoo! Prior to joining Overture, Joshua was at Prodigy.

### Dr. Ted Dunning - Chief Scientist

Ted is an eminent expert in recommendations, human behavior, and "scary math." He has patented new technologies in digital media and behavioral analysis—two fields that had almost nothing in common before Ted started stirring the pot. He has worn the "chief scientist" badge at three other companies: MusicMatch (now Yahoo! Music), where he built the world's most sophisticated music management and recommendation system (involving that scary math); ID Analytics, the leading identity fraud detection company; and Aptex, an HNC/FairIsaac company.

Working in academia, Ted was a principal investigator in computational linguistics and information retrieval. He conducted research in robotics, image processing, and genetic sequence analysis. Ted is the author of numerous patents and widely cited publications, and is a highly sought-after speaker. He holds a Ph.D. in computing science from Sheffield University (UK).

In his spare time, Ted is an accomplished magician and botanical photographer.

### Ted Meisel - Director

Mr. Meisel is a recognized leader in the development of the search-advertising industry. As CEO of pioneer Overture Services, he led the company to $1 billion in revenues from 1998 to 2003, the year it was bought by Yahoo! for $1.8 billion and renamed Yahoo! Search Marketing. He continued the organization's success story for an additional two years, shepherding it through integration and continued rapid growth. Previously, Mr. Meisel was a product, content and business development executive with CitySearch, the leading Internet city guide. He also served as a management consultant at McKinsey & Company and Mercer Management Consulting.

### Arthur H. Bilger - Director

Mr. Bilger is the managing partner of Shelter Capital Partners, a Southern California-based private investment fund, focused on investments in technology and technology-enabled companies (including this one). Mr. Bilger was formerly the vice chairman of the board of Akamai Technologies, Inc., a provider of global, high performance services for the delivery of Internet content, streaming media, and applications. From 1994 until its sale to News Corporation (all things FOX) in 1997, Mr. Bilger was the president of the production and broadcasting firm, New World Communications Group. Following a 13-year tenure with the Wall Street investment bank, Drexel Burnham Lambert, he co-founded Apollo Advisors, a private equity firm, in 1990.

Mr. Bilger holds a B.S. in economics from the University of Pennsylvania (where he serves on the Wharton School's Board of Overseers) and an MBA from the University of Chicago.

### Todd Dagres - Director

Mr. Dagres is a founder and general partner of investment firm Spark Capital. At Battery Ventures, where he previously served as general partner, his media and entertainment investments generated profits of over $1.1 billion. Mr Dagres' entertainment and media startup projects include two successful film and television production companies, Prospect

**EXHIBIT Q Page 237**

Pictures and Ealing Studios. He produced the 2005 Sundance selection, Pretty Persuasion, released by Samuel Goldwyn and Sony.

Mr. Dagres was a senior or principal technology analyst at two securities firms, Montgomery Securities and Smith Barney/Robinson Humphrey. He was vice president of communications at the Yankee Group and business development manager for networks and communications at Digital Equipment Corporation.

Mr. Dagres holds a BS in psychology from Trinity College and an MBA from Boston University.

### Michael Eisner - Director

Since the 1960s Michael Eisner has been a central leader in the entertainment industry. Early in his career, he helped take ABC from number three to number one in network ratings. He introduced television viewers to Happy Days, Barney Miller, Rich Man Poor Man, and Roots. In 1976, he became President of Paramount Pictures, leading the studio to become number one in box office and profitability in both theatrical movies and network television production. In 1984, Mr. Eisner became chairman and CEO of The Walt Disney Company and, in the ensuing 21 years, transformed it from a $3 billion film and theme park company into a $60 billion global media empire. His new firm is Tornante (Italian for "hairpin turn"—which is what he is now taking) as he begins the next act of his remarkable career.

**EXHIBIT Q Page 238**