overview | team | advisory board | portfolio | news | contact us

Shelter Capital Partners
10880 Wilshire Boulevard Suite 1850
Los Angeles, CA 90024

Tel. 310.234.2300
Fax. 310.234.2329

Note: due to the large volume of plans we receive, we no longer accept unreferred proposals for new investments.

Driving Directions

From Los Angeles International Airport (LAX):

Take 405 North, exit Wilshire Blvd, East (towards Westwood), merge right onto Wilshire Blvd.
10880 Wilshire Blvd, is on the right hand side between Westwood Blvd. and Glendon Ave.

From Downtown Los Angeles:

Take 10 West, continue west until you reach the 10/405 interchange  (8.5 miles).
Take 405 North, exit Wilshire Blvd, East (towards Westwood), merge right onto Wilshire Blvd.
10880 Wilshire Blvd, is on the right hand side between Westwood Blvd. and Glendon Ave. (0.5 miles).

*Click here for a map*

*Copyright © 2007. Shelter Capital Partners, all rights reserved.*