

**DISCLAIMER:** The information displayed here is current as of Aug 31, 2007 and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

| LP/LLC | | |
|---|---|---|
| TORNANTE COMPANY LLC, THE | | |
| **Number:** 200520210059 | **Date Filed:** 7/14/2005 | **Status:** active |
| **Jurisdiction:** DELAWARE | | |
| **Address** | | |
| 9401 WILSHIRE BOULEVARD, SUITE 760 | | |
| BEVERLY HILLS, CA 90212-2933 | | |
| **Agent for Service of Process** | | |
| IRWIN E. RUSSELL | | |
| 9401 WILSHIRE BOULEVARD, SUITE 760 | | |
| BEVERLY HILLS, CA 90212-2933 | | |

Blank fields indicate the information is not contained in the computer file.

If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report. Fees and instructions for ordering a status report are included on the Business Entities Records Order Form.

EXHIBIT S Page 240