

Print Screen   |   Back

## Search Information

Displaying 1–1 of 2 results matching "Joshua Metzger, CA"

1 of 2   **Metzger, Joshua E**

321 S Camden Dr
Beverly Hills, CA 90212-4202
(310) 203-9260

Copyright © 1996-2007 WhitePages.com. All rights reserved.

Privacy Policy ,Legal Notice and Terms under which this service is provided to you.

 

EXHIBIT T Page 241