**EXHIBIT U Page 242**

**Table C-10.**

**U.S. District Courts—Median Time Intervals from Filing to Trial of Civil Cases in Which Trials Were Completed, by District, During the 12-Month Period Ending September 30, 2006**

| Circuit and District | Total Trials | | Nonjury Trials | | Jury Trials | |
|---|---|---|---|---|---|---|
| | Number of Trials | Median Time Interval in Months* | Number of Trials | Median Time Interval in Months* | Number of Trials | Median Time Interval In Months* |
| **TOTAL** | **3,201** | **23.2** | **1,107** | **21.0** | **2,094** | **24.8** |
| **DC** | **29** | **37.0** | **9** | **-** | **20** | **34.0** |
| **1ST** | **154** | **26.7** | **55** | **26.0** | **99** | **26.0** |
| ME | 14 | 17.0 | 6 | - | 8 | - |
| MA | 80 | 28.0 | 29 | 28.5 | 51 | 27.0 |
| NH | 7 | - | - | - | 7 | - |
| RI | 19 | 19.0 | 8 | - | 11 | 15.0 |
| PR | 34 | 33.0 | 12 | 28.0 | 22 | 34.0 |
| **2ND** | **320** | **29.9** | **108** | **25.0** | **212** | **31.8** |
| CT | 52 | 29.8 | 13 | 26.0 | 39 | 29.0 |
| NY,N | 33 | 42.0 | 6 | - | 27 | 42.0 |
| NY,E | 62 | 29.0 | 19 | 30.5 | 43 | 29.0 |
| NY,S | 143 | 25.7 | 67 | 23.4 | 76 | 26.4 |
| NY,W | 21 | 41.8 | 3 | - | 18 | 41.9 |
| VT | 9 | - | - | - | 9 | - |
| **3RD** | **308** | **24.3** | **104** | **22.4** | **204** | **26.0** |
| DE | 26 | 26.0 | 12 | 24.0 | 14 | 26.0 |
| NJ | 61 | 33.0 | 29 | 30.5 | 32 | 34.0 |
| PA,E | 117 | 18.0 | 39 | 19.0 | 78 | 18.4 |
| PA,M | 47 | 20.0 | 12 | 9.0 | 35 | 20.9 |
| PA,W | 52 | 33.5 | 10 | 19.0 | 42 | 34.5 |
| VI | 5 | - | 2 | - | 3 | - |
| **4TH** | **238** | **19.5** | **90** | **17.0** | **148** | **20.6** |
| MD | 33 | 25.0 | 9 | - | 24 | 21.0 |
| NC,E | 28 | 22.0 | 22 | 18.0 | 6 | - |
| NC,M | 8 | - | 5 | - | 3 | - |
| NC,W | 5 | - | 1 | - | 4 | - |
| SC | 67 | 21.8 | 18 | 27.0 | 49 | 20.8 |
| VA,E | 48 | 9.3 | 27 | 8.5 | 21 | 10.0 |
| VA,W | 29 | 18.4 | 5 | - | 24 | 16.0 |
| WV,N | 5 | - | - | - | 5 | - |
| WV,S | 15 | 20.0 | 3 | - | 12 | 19.0 |

## Table C-10. (September 30, 2006—Continued)

EXHIBIT U Page 243

| Circuit and District | Total Trials | | Nonjury Trials | | Jury Trials | |
|---|---|---|---|---|---|---|
| | Number of Trials | Median Time Interval in Months* | Number of Trials | Median Time Interval in Months* | Number of Trials | Median Time Interval In Months* |
| **5TH** | **471** | **21.1** | **188** | **19.7** | **283** | **22.8** |
| LA,E | 64 | 20.0 | 36 | 22.0 | 28 | 19.2 |
| LA,M | 6 | - | 1 | - | 5 | - |
| LA,W | 36 | 25.5 | 19 | 25.0 | 17 | 25.0 |
| MS,N | 37 | 24.0 | 4 | - | 33 | 24.0 |
| MS,S | 63 | 25.5 | 26 | 25.0 | 37 | 24.0 |
| TX,N | 59 | 20.0 | 22 | 17.0 | 37 | 23.0 |
| TX,E | 50 | 17.7 | 8 | - | 42 | 17.0 |
| TX,S | 106 | 18.8 | 51 | 13.0 | 55 | 22.0 |
| TX,W | 50 | 14.6 | 21 | 11.0 | 29 | 19.8 |
| **6TH** | **256** | **25.9** | **54** | **23.5** | **202** | **25.6** |
| KY,E | 9 | - | 1 | - | 8 | - |
| KY,W | 16 | 27.5 | 1 | - | 15 | 27.5 |
| MI,E | 66 | 24.0 | 12 | 15.0 | 54 | 25.8 |
| MI,W | 11 | 36.0 | 3 | - | 8 | - |
| OH,N | 39 | 22.3 | 9 | - | 30 | 22.8 |
| OH,S | 26 | 27.0 | 9 | - | 17 | 30.4 |
| TN,E | 31 | 26.5 | 8 | - | 23 | 23.0 |
| TN,M | 28 | 25.4 | 6 | - | 22 | 26.0 |
| TN,W | 30 | 24.7 | 5 | - | 25 | 24.0 |
| **7TH** | **217** | **24.4** | **58** | **24.0** | **159** | **25.7** |
| IL,N | 91 | 26.4 | 32 | 26.0 | 59 | 26.5 |
| IL,C | 23 | 30.0 | 4 | - | 19 | 30.5 |
| IL,S | 24 | 20.0 | 6 | - | 18 | 19.0 |
| IN,N | 10 | 25.0 | - | - | 10 | 25.0 |
| IN,S | 33 | 26.0 | 11 | 23.0 | 22 | 26.0 |
| WI,E | 11 | 28.0 | 1 | - | 10 | 28.0 |
| WI,W | 25 | 13.4 | 4 | - | 21 | 13.4 |
| **8TH** | **244** | **21.4** | **76** | **21.3** | **168** | **21.5** |
| AR,E | 72 | 21.7 | 27 | 21.0 | 45 | 21.0 |
| AR,W | 27 | 13.0 | 7 | - | 20 | 13.5 |
| IA,N | 10 | 17.0 | 3 | - | 7 | - |
| IA,S | 12 | 24.0 | 4 | - | 8 | - |
| MN | 26 | 26.4 | 5 | - | 21 | 27.0 |
| MO,E | 31 | 21.5 | 8 | - | 23 | 19.0 |
| MO,W | 24 | 23.4 | 6 | - | 18 | 23.0 |
| NE | 26 | 21.0 | 12 | 22.0 | 14 | 20.0 |
| ND | 9 | - | 3 | - | 6 | - |
| SD | 7 | - | 1 | - | 6 | - |

## Table C-10. (September 30, 2006—Continued)

EXHIBIT U Page 244

| Circuit and District | Total Trials | | Nonjury Trials | | Jury Trials | |
|---|---|---|---|---|---|---|
| | Number of Trials | Median Time Interval in Months* | Number of Trials | Median Time Interval in Months* | Number of Trials | Median Time Interval In Months* |
| **9TH** | **462** | **26.0** | **199** | **22.2** | **263** | **28.9** |
| AK | 1 | - | - | - | 1 | - |
| AZ | 57 | 32.0 | 24 | 31.0 | 33 | 33.0 |
| CA,N | 56 | 25.0 | 25 | 26.0 | 31 | 25.0 |
| CA,E | 41 | 34.0 | 9 | - | 32 | 36.0 |
| CA,C | 134 | 21.3 | 70 | 16.9 | 64 | 25.0 |
| CA,S | 31 | 33.0 | 11 | 30.0 | 20 | 33.0 |
| HI | 12 | 10.0 | 9 | - | 3 | - |
| ID | 10 | 30.0 | 6 | - | 4 | - |
| MT | 6 | - | 4 | - | 2 | - |
| NV | 32 | 29.5 | 17 | 25.5 | 15 | 30.0 |
| OR | 30 | 27.0 | 7 | - | 23 | 32.5 |
| WA,E | 15 | 17.0 | 4 | - | 11 | 17.0 |
| WA,W | 34 | 19.0 | 13 | 21.0 | 21 | 18.3 |
| GUAM | 1 | - | - | - | 1 | - |
| NMI | 2 | - | - | - | 2 | - |
| | | | | | | |
| **10TH** | **175** | **22.5** | **51** | **21.0** | **124** | **22.0** |
| CO | 53 | 32.0 | 15 | 32.0 | 38 | 29.0 |
| KS | 22 | 21.0 | 6 | - | 16 | 22.0 |
| NM | 21 | 15.8 | 8 | - | 13 | 16.5 |
| OK,N | 13 | 19.0 | 1 | - | 12 | 18.0 |
| OK,E | 5 | - | 2 | - | 3 | - |
| OK,W | 29 | 16.4 | 5 | - | 24 | 16.7 |
| UT | 24 | 25.0 | 13 | 30.0 | 11 | 23.0 |
| WY | 8 | - | 1 | - | 7 | - |
| **11TH** | **327** | **21.9** | **115** | **18.2** | **212** | **23.2** |
| AL,N | 39 | 28.5 | 7 | - | 32 | 28.0 |
| AL,M | 14 | 20.0 | 3 | - | 11 | 20.0 |
| AL,S | 7 | - | 2 | - | 5 | - |
| FL,N | 19 | 19.0 | 7 | - | 12 | 17.0 |
| FL,M | 74 | 19.2 | 28 | 18.5 | 46 | 22.0 |
| FL,S | 98 | 16.3 | 43 | 14.8 | 55 | 19.7 |
| GA,N | 49 | 31.0 | 18 | 27.0 | 31 | 31.5 |
| GA,M | 17 | 23.0 | 5 | - | 12 | 28.0 |
| GA,S | 10 | 44.0 | 2 | - | 8 | - |

NOTE:  INCLUDES TRIALS CONDUCTED BY DISTRICT AND APPELLATE JUDGES ONLY.  ALL TRIALS CONDUCTED BY MAGISTRATE JUDGES ARE EXCLUDED. EXCLUDES THE FOLLOWING TRIALS:  LAND CONDEMNATION; FORFEITURES AND PENALTY CASES; PRISONER PETITIONS (HABEAS CORPUS, MOTIONS TO VACATE SENTENCE UNDER 28 U.S.C. 2255, HEARINGS ON EVIDENTIARY MATTERS); BANKRUPTCY PETITIONS; AND THREE-JUDGE COURT CASES. FOR CIVIL CASES RESULTING IN A COMPLETED TRIAL, THE MEDIAN TIME IS BASED ON THE ORIGINAL FILING DATE AND THE DATE THE TRIAL WAS COMPLETED. FOR REOPENED CIVIL CASES RESULTING IN A SECOND COMPLETED TRIAL, THE MEDIAN TIME REMAINS BASED ON THE ORIGINAL FILING DATE AND THE DATE THE TRIAL WAS COMPLETED.

* TIME INTERVALS COMPUTED ONLY FOR 10 OR MORE TRIALS.