Veoh Networks, Inc. v. UMG Recordings, Inc. et al
Linkedin: Stacie Simons
Case 3:07-cv-01568-W-BLM   Document 14-35   Filed 09/04/2007   Page 1 of 1
Page 1 of 1
Doc. 14 Att. 34



# Stacie Simons

Copyright Compliance and related IP
Greater Los Angeles Area

| | |
|---|---|
| **Current** | ● **Sr. Manager - Copyright Compliance** at **Veoh Networks, Inc.** |
| **Past** | ● Director, Intellectual Property Admin at Idealab<br>● Sr. Paralegal at Warner Bros.<br>● Sr. Trademark Administrator at Graham and James |
| **Education** | ● University of La Verne |
| **Connections** | **52** connections |
| **Industry** | Legal Services |
| **Public Profile** | http://www.linkedin.com/pub/2/550/24 |



Expanded profile views are available only to Business account holders. **Upgrade your account.**

---

## Contact Settings

**Interested In:**

- expertise requests
- reference requests
- getting back in touch

**Location:**

Projects taking place in Greater Los Angeles Area, as well as via phone/email.

**EXHIBIT HH Page 384**