Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Plaintiffs
UMG Recordings, Inc.;
Universal Music Corp.;
Songs of Universal, Inc.;
Universal-Polygram International Publishing, Inc.;
and Rondor Music International, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, | Case No. CV 06-07361 AHM (AJWx) |
| Plaintiffs, | |
| vs. | **PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1)** |
| MYSPACE, INC. d/b/a/ MYSPACE.COM, a Delaware corporation; NEWS CORPORATION, a Delaware corporation; and DOES 1-10, inclusive, | Judge:  Hon. A. Howard Matz <br> Ctrm:   14 |
| Defendants. | |

Plaintiffs UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc., Universal-Polygram International Publishing, Inc. and Rondor Music International, Inc. ("UMG") hereby submit their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) based on information currently available to Plaintiffs.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

**EXHIBIT II Page 385**

1649038.1 01          PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1)

Dockets.Justia.com

A.    **Individuals Likely to Have Discoverable Information**

The individuals likely to have discoverable information that Plaintiffs may use to support their claims or defenses (except for information that Plaintiffs may use solely for impeachment) are:

Cindy Oliver and/or Tegan Kossowicz (contact through UMG's counsel of record) – ownership of copyrights;

Lawrence Kenswil and/or David Ring (contact through UMG's counsel of record) – the adverse impact of MySpace's copyright infringement on UMG;

James Belcher (contact through UMG's counsel of record) – identification of files containing copyrighted works owned and/or controlled by UMG on MySpace.com;

Wendy Nussbaum (contact through UMG's counsel of record) – identification of files containing copyrighted works owned and/or controlled by UMG on MySpace.com; communications with MySpace related to infringement;

Jennifer Roberts (contact through UMG's counsel of record)  – the identification of files containing copyrighted works owned and/or controlled by UMG on MySpace.com on or about the date of the filing of the complaint and subsequent thereto.

Current and former employees of MySpace, Inc. ("MySpace") and its parent, New Corporation ("News Corp.") whose identities, other than Rupert Murdoch, Peter Chernin, Tom Anderson, and Chris DeWolfe, are unknown to Plaintiffs at this time.

In addition to the foregoing, Plaintiffs' expect to identify UMG employees who may have been involved in direct communications with MySpace regarding the infringement of copyrighted works owned and/or controlled by UMG by MySpace and MySpace.com members.  UMG is in the process of identifying these individuals and will promptly supplement these initial disclosures once this information is known.

**EXHIBIT II Page 386**    - 2 -

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1649038.1 01    PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1)

1    Plaintiffs' reserve the right to add or delete names from the list as information
2    becomes known to Plaintiffs concerning the matters at issue in this lawsuit,
3    including, but not limited to, the nature of certain defenses MySpace may assert in
4    its Answer.

5    **B.    <u>Documents Supporting Claims or Defenses</u>**

6    Plaintiffs identify the following categories of documents, electronically stored
7    information and tangible things in the possession, custody, or control of Plaintiffs
8    that they may use to support their claims or defenses (except for impeachment
9    purposes):

10    1.    Copyright registrations and related documents;

11    2.    Publicly available documents from MySpace, including copies of
12    computer files containing UMG's copyrighted works that were found on the
13    MySpace.com website, MySpace's Terms of Use, and other related documents.

14    3.    Communications between UMG (or others acting on its behalf) and
15    MySpace regarding the infringement of UMG's copyrighted works.

16    4.    Publicly available documents reflecting statements from News Corp.
17    executives demonstrating, among other things, the effect of piracy, and News
18    Corp.'s (or its affiliates') control over the activities of MySpace and participation in
19    the willful infringement on the site.

20    **C.    <u>Computation of Damages</u>**

21    The primary damages sought by UMG in this action are statutory damages in
22    an amount up to $150,000 for each infringement identified by UMG in the course of
23    this action or UMG's damages and MySpace's and/or News Corp.'s profits.  At this
24    time, UMG is unable to calculate these sums based on the information available to
25    UMG.  If appropriate, UMG will supplement these disclosures regarding the
26    computation of damages.

27    **D.    <u>Insurance Agreements</u>**
28    Not applicable.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

**EXHIBIT II Page 387**

- 3 -

1

2  Dated:  March 1, 2007 _____        IRELL & MANELLA LLP
                                            Steven A. Marenberg
3                                           Elliot Brown
                                            Benjamin Glatstein
4  _____

5

6                                           By: _____

7                                               Benjamin H. Glatstein
                                                Attorneys for Plaintiffs
8                                               UMG Recordings, Inc., Universal
                                                Music Corp., Songs of Universal, Inc.,
9                                               Universal-Polygram International
                                                Publishing, Inc. and Rondor Music
10                                              International, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

**EXHIBIT II Page 388**

- 4 -

1649038.1 01                    PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1)

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276.

On March 1, 2007, I served the foregoing document described as **PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1)** on each interested party, as follows:

Diana M. Torres
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071-2889
dtorres@omm.com

I caused each such envelope to be delivered by hand to the offices of each interested party.

Executed on March 1, 2007, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Connie Kwon | _Connie Kwon_ |
| (Type or print name) | (Signature) |

**EXHIBIT II Page 389**

1649009.1 01