<div style="font-family: sans-serif;">

1  Rebecca Calkins (SBN 195593)
   Erin Ranahan (SBN 235286)
2  **WINSTON & STRAWN LLP**
   333 South Grand Avenue, 38th Floor
3  Los Angeles, CA 90071-1543
   Telephone:   213-615-1700
4  Facsimile:   213-615-1750
   Email:  rcalkins@winston.com
5
   Jennifer A. Golinveaux  (SBN 203056)
6  **WINSTON & STRAWN LLP**
   101 California Street
7  San Francisco, CA  94111
   (415) 591-1506 (Telephone)
8  (415) 591-1400 (Facsimile)
   Email:  jgolinveaux@winston.com
9
   Michael S. Elkin  (*pro hac vice*)
10 Thomas P. Lane  (*pro hac vice*)
   **WINSTON & STRAWN LLP**
11 200 Park Avenue
   New York, New York  10166
12 (212) 294-6700 (Telephone)
   (212) 294-4700 (Facsimile)
13 Email: melkin@winston.com
   Email: tlane@winston.com
14
   Attorneys for Plaintiff
15 VEOH NETWORKS, INC.

</div>

**Winston & Strawn LLP**
**333 South Grand Avenue**
**Los Angeles, CA 90071-1543**

16                          **UNITED STATES DISTRICT COURT**

17                          **SOUTHERN DISTRICT OF CALIFORNIA**

18                                    **SAN DIEGO DIVISION**

| | |
|---|---|
| 19  VEOH NETWORKS, INC. a California Corporation | **Case No. 07 CV 1568 TJW (BLM)** |
| 20 | |
| 21          Plaintiff, | **DECLARATION OF REBECCA LAWLOR CALKINS IN SUPPORT OF VEOH** |
| 22      vs. | **NETWORKS, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |
| 23  UMG RECORDINGS, INC., a Delaware corporation; UNIVERSAL MUSIC CORP., a | **OR, IN THE ALTERNATIVE, TRANSFER** |
| 24  New York corporation; SONGS OF UNIVERSAL, INC., a California corporation; | Date:  October 9, 2007<br>Time:  10:00 a.m. |
| 25  UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., a | Judge: Hon. Thomas J. Whelan<br>Courtroom 7 |
| 26  Delaware corporation; RONDOR MUSIC INTERNATIONAL, INC., a California | Complaint Filed: August 9, 2007 |
| 27  corporation; and DOES 1-10 inclusive | |
| 28          Defendant. | |

LA:197574.1                                              1

**DECLARATION OF REBECCA LAWLOR CALKINS IN SUPPORT OF VEOH NETWORKS, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER CASE NO. 07 CV 1568 TJW (BLM)**

Dockets.Justia.com

## DECLARATION OF REBECCA L. CALKINS

I, Rebecca Lawlor Calkins, declare as follows:

1. I am an attorney licensed to practice before the Courts of the State of California and this United States District Court. I am an associate with the law firm of Winston & Strawn LLP, attorneys for Defendant Veoh Networks, Inc. in this matter. I have personal knowledge of the matters set forth herein, and if called as a witness, could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of pages from public records obtained from Lexis Courtlink showing one thousand recently filed copyright infringement actions filed by UMG Recordings, Inc. and closely related entities in district courts nationwide.

3. Attached hereto as Exhibit B are true and correct copies of the scheduling orders in *UMG Recordings, Inc., et al v. Grouper Networks, Inc., et al*, C.D. Cal., CV06-6561; *UMG Recordings, Inc., et al v. Bolt, Inc., et al*, C.D. Cal., CV06-6577, and *UMG Recordings, Inc., et al v. MySpace, Inc., et al*, C.D. Cal., CV06-07361.

4. Attached hereto as Exhibit C is a true and correct copy of the scheduling order in *Io Group, Inc. v. Veoh, Inc.*, Case No. 06-3926 (N.D. Cal. filed June 23, 2006) showing that fact discovery has closed in that case.

I declare under penalty of perjury under the laws of the United States of America, the foregoing is true and correct. Executed on September 24, 2007, in Los Angeles, California.

                                                /s/ Rebecca Lawlor Calkins

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

LA:197574.1      2

**DECLARATION OF REBECCA LAWLOR CALKINS IN SUPPORT OF VEOH NETWORKS, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER CASE NO. 07 CV 1568 TJW (BLM)**

**PROOF OF SERVICE**

STATE OF CALIFORNIA           )
                              ) ss
COUNTY OF LOS ANGELES         )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 333 South Grand Avenue, Los Angeles, CA 90071-1543. On September 25, 2007, I served the within documents:

**DECLARATION OF REBECCA LAWLOR CALKINS IN SUPPORT OF VEOH NETWORKS, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

☐ On August 20, 2007, I sent such document(s) from facsimile machine 213-615-1750. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine 213-615-1750 which confirms said transmission and receipt.

☒ By Electronic Filing: The above and foregoing document(s) was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following

Steven A. Marenberg (smarenberg@irell.com)
Elliot Brown (ebrown@irell.com)
Benjamin Glatstein (bglatstein@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
Telephone:  (310) 277-1010
Fax:  (310) 203-7199

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on September 25, 2007, at Los Angeles, California.

/s/ Arlene Zamora

LA:197574.1                                         3

**DECLARATION OF REBECCA LAWLOR CALKINS IN SUPPORT OF VEOH NETWORKS, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER CASE NO. 07 CV 1568 TJW  (BLM)**