Veoh Networks, Inc. v. UMG Recordings, Inc. et al | Doc. 17 Att. 3
Case 3:07-cv-01568-W-BLM   Document 17-4   Filed 09/25/2007   Page 1 of 3
Case 5:06-cv-0    -HRL   Document 65   Filed 04/    007   Page 1 of 3

*E-FILED: 4/23/2007*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC., | No. C06-03926 HRL |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATED REQUEST TO EXTEND DISCOVERY CUT-OFF DATES** |
| VEOH NETWORKS, INC., | [Re: Docket No. 64] |
| Defendant. | |

Presently before the court is the parties' stipulated request to extend fact and expert discovery deadlines. The parties have previously requested, and were given, a number of extensions or continuances in this matter (primarily, it appears, for defendant's benefit). Additionally, although those extensions contributed to a postponement of the initial CMC in this matter, defendant apparently was nonetheless unprepared to serve its initial disclosures by the December 20, 2006 deadline set by the court, and, in fact, it had to secure a further extension of time to do so.

Because plaintiff indicates that it reasonably needs an additional thirty days to complete discovery, the instant request will be granted. The case management deadlines are extended as follows:

Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . May 30, 2007
Designation of Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . June 8, 2007

EXHIBIT C - PAGE 1
Dockets.Justia.com

1      Designation of Rebuttal Experts with Reports .................... June 22, 2007

2      Expert Discovery Cutoff ........................................ July 23, 2007

3      Last Day for Hearing on Dispositive Motions ........ September 4, 2007, 10:00 a.m.

4      Final Pretrial Conference ........................... October 16, 2007, 1:30 p.m.

5      Jury Trial (estimated 7 days) ............................... October 22, 2007

6      IT IS SO ORDERED.

7 Dated: April 23, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

**5:06-cv-3926 Notice will be electronically mailed to:**

Michael S. Elkin melkin@thelenreid.com, rpagliaro@thelenreid.com

Jennifer A. Golinveaux jgolinveaux@winston.com, vebert@winston.com; docketsf@winston.com

Dennis Gill Sperlein legal@titanmedia.com

Gill Sperlein sperlein@aol.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**