Steven A. Marenberg (101033) (smarenberg@irell.com)
Elliot Brown (150802) (ebrown@irell.com)
Benjamin Glatstein (242034) (bglatstein@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:    (310) 203-7199

Attorneys for Defendants

Rebecca Calkins (195593) (rcalkins@winston.com)
Erin Ranahan (SBN 235286) (eranahan@winston.com)
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Jennifer A. Golinveaux  (SBN 203056) (jgolinveaux@winston.com)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111
Telephone: (415) 591-1506
Facsimile: (415) 591-1400

Michael S. Elkin  (pro hac vice) (melkin@winston.com)
Thomas P. Lane  (pro hac vice) (tlane@winston.com)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York  10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO DIVISION

| | |
|---|---|
| VEOH NETWORKS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UMG RECORDINGS, INC., *et al*.,<br><br>Defendants. | Case No. 07 CV 1568 TJW (BLM)<br><br>**JOINT MOTION RE: BRIEFING SCHEDULE RELATING TO UMG'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO TRANSFER;**<br><br>Date: October 15, 2007<br>Time: 10:00 a.m.<br>Judge: Hon. Thomas J. Whelan<br>Courtroom: 7<br>Complaint filed: August 9, 2007 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1758006

JOINT MOTION RE: BRIEFING SCHEDULE
CASE NO. 07 CV 1568 TJW

1  WHEREAS, Defendants UMG Recordings, Inc., et al., (collectively "UMG") has noticed a Motion to Dismiss, or, in the Alternative Transfer (the "Motion") for October 9, 2007;

HEREAS, Plaintiff Veoh Networks, Inc. ("Veoh") states that due to a secretarial error, Veoh's Opposition to the Motion was filed and served at 9:30 a.m. on September 26, 2007 while the declarations and exhibits in support of Veoh's Opposition were filed and served on September 25, 2007;

WHEREAS, in light of the foregoing, the parties have agreed to jointly move to continue the hearing date to October 15, 2007, and modify the briefing schedule;

NOW THEREFORE, Veoh and UMG, by and through their respective counsel, hereby stipulate and agree as follows:

1. UMG's Motion to Dismiss, or, in the Alternative, Transfer, is continued to October 15, 2007;

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

JOINT MOTION RE: BRIEFING SCHEDULE
CASE NO. 07 CV 1568 TJW

1758006

1     2.    UMG shall serve and file its Reply in support of its Motion to Dismiss, or, in the Alternative, Transfer, on October 3, 2007.

Dated: September 28, 2007    IRELL & MANELLA LLP
Steven A. Marenberg
Elliot Brown
Benjamin Glatstein

By:     /s
    Elliot Brown

Attorneys for Defendants
UMG RECORDINGS, INC.; UNIVERSAL MUSIC CORP.; SONGS OF UNIVERSAL, INC.; UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC.; RONDOR MUSIC INTERNATIONAL, INC.

Dated: September 28, 2007    WINSTON & STRAWN LLP
Rebecca Calkins

By:     /s
    Rebecca Calkins

Attorneys for Plaintiff
VEOH NETWORKS, INC.