1  Steven A. Marenberg (101033) (smarenberg@irell.com)
   Elliot Brown (150802) (ebrown@irell.com)
2  Benjamin Glatstein (242034) (bglatstein@irell.com)
   IRELL & MANELLA LLP
3  1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
4  Telephone:    (310) 277-1010
   Facsimile:    (310) 203-7199
5
   Attorneys for Declaratory Defendants
6  UMG Recordings, Inc.;
   Universal Music Corp.;
7  Songs of Universal, Inc.;
   Universal-Polygram International Publishing, Inc.;
8  and Rondor Music International, Inc.

9                      UNITED STATES DISTRICT COURT

10                     SOUTHERN DISTRICT OF CALIFORNIA

11                            SAN DIEGO DIVISION

12 | VEOH NETWORKS, INC., a California       ) | Case No. 07 CV 1568 TJW (BLM)
   | corporation,                            ) |
13 |                                         ) | **SUPPLEMENTAL DECLARATION OF**
   |                                         ) | **BENJAMIN GLATSTEIN IN SUPPORT**
14 |              Plaintiff,                 ) | **OF DEFENDANTS' MOTION TO**
   |                                         ) | **DISMISS OR, IN THE ALTERNATIVE,**
15 |                                         ) | **TO TRANSFER**
   |      vs.                                ) |
16 |                                         ) | Date: October 15, 2007
   |                                         ) | Time: 10:00 a.m.
17 | UMG RECORDINGS, INC., a Delaware        ) | Judge: Hon. Thomas J. Whelan
   | corporation; UNIVERSAL MUSIC CORP., a   ) | Courtroom: 7
18 | New York corporation; SONGS OF          ) |
   | UNIVERSAL, INC., a California corporation; ) |
19 | UNIVERSAL-POLYGRAM                      ) |
   | INTERNATIONAL PUBLISHING, INC., a       ) |
20 | Delaware corporation; RONDOR MUSIC      ) |
   | INTERNATIONAL, INC., a California       ) |
21 | corporation; and DOES 1-10 INCLUSIVE,   ) |
   |                                         ) |
22 |              Defendants.                ) |
   |                                         ) |
23

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1760002

SUPPLEMENTAL DECLARATION OF BENJAMIN
GLATSTEIN IN SUPPORT OF DEFENDANTS' MOTION
TO DISMISS

Dockets.Justia.com

<u>SUPPLEMENTAL DECLARATION OF BENJAMIN GLATSTEIN</u>

I, Benjamin Glatstein, declare as follows:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for declaratory defendants UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc., Universal-Polygram International Publishing, Inc., and Rondor Music International, Inc., ("UMG") in the above-captioned action. I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit A is a true and correct copy of the September 18, 2007, Transfer Order in the case *UMG Recordings, Inc., et al. v. Veoh Networks, Inc., et al.*, C.D. Cal. Case No. CV 07-5744 AHM (AJWx).

3. Attached hereto as Exhibit B is a true and correct copy of portions of the June 5, 2007, deposition of Arthur Bilger in the case *Io Group, Inc. v. Veoh Networks, Inc.*, N.D. Cal. Case No. C 06-3926 HRL.

4. Attached hereto as Exhibit C is a true and correct copy of the Brief of *Amici Curiae* Viacom International Inc. and NBC Universal, Inc. Re: Motion for Summary Judgment of Veoh Networks, Inc., filed August 14, 2007, in the case in the case *Io Group, Inc. v. Veoh Networks, Inc.*, N.D. Cal. Case No. C 06-3926 HRL.

Executed on October 3, 2007, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Benjamin Glatstein

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1760002

- 1 -

SUPPLEMENTAL DECLARATION OF BENJAMIN
GLATSTEIN IN SUPPORT OF DEFENDANTS' MOTION
TO DISMISS