Case 3:07-cv-01568-W-BLM   Document 22-2   Filed 10/03/2007   Page 1 of 1

Veoh Networks, Inc. v. UMG Recordings, Inc. et al                                                                    Doc. 22 Att.

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
SEP 18 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UMG Recordings, Inc., et al<br><br>Plaintiff(s),<br>v.<br><br>Veoh Networks, Inc.<br><br>Defendant(s). | **CASE NUMBER**<br><br>CV 07-5744 GW (RCx) | |
| | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 07-02**<br>( Related Cases) | |

Priori___
___ Send
___ Clsd
___ Enter
___ JS-5/
___ JS-2/

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 07-02.

___9/17/07___                    ___A. Howard Matz___ /s/
Date                              United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____            _____
Date                                         United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case _____CV 06-6561 AHM (AJWx)_____ and the present case:

☑ A.   Arise from the same or closely related transactions, happenings or events; or
☑ B.   Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C.   For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.   Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ___Chapman___ to Magistrate Judge ___Wistrich___.

On all documents subsequently filed in this case, please substitute the initials ___AHM (AJWx)___ after the case number in place of the initials of the prior judge, so that the case number will read ___CV 07-5744 AHM (AJWx)___. This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☑ Western ☐ Southern ☐ Eastern Division.

**Subsequent documents must be filed at the ☑ Western ☐ Southern ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.**