```
 1          DEPOSITION OF ARTHUR BILGER,

 2          taken on behalf of the Plaintiff at

 3          880 Apollo Street , Suite 222,

 4          El Segundo, California, on Tuesday,

 5          June 5, 2007, at 1:10 P.M.

 6          before Chia Mei Jui, CSR No. 3287.

 7
    APPEARANCES:
 8
            For Plaintiff:
 9
            IO GROUP, INC.
10          BY:  GILL SPERLEIN, GENERAL COUNSEL
            121 Capp Street
11          Suite 200
            San Francisco, California 94110-1209
12          (415) 487-1211

13
            For Defendant Veoh Networks, Inc., and
14          Shelter Capital Partners, LLC, and the
            Deponent Arthur Bilger:
15
            WINSTON & STRAWN, LLP
16          BY:  JENNIFER A. GOLINVEAUX, ESQ.
            101 California Street
17          San Francisco, California 94111-5894
            (415) 591-1506
18

19

20

21

22

23

24

25

                                                   2
```

Dockets.Justia.com

```
1                    I N D E X

2   WITNESS                              PAGE

3
      ·  ARTHUR BILGER
4
             By Mr. Sperlein                 4
5

6                  E X H I B I T S

7   PLAINTIFF'S                          PAGE

8     1       Amended Notice of Deposition of     45
              Shelter Capital Partners, LLC
9             Pursuant to FRCP 30(b)(6)

10

11

12

13

14

15

16        I N F O R M A T I O N   R E Q U E S T E D

17                    (None.)

18

19        Q U E S T I O N S   M A R K E D

20                    (None.)

21

22

23

24

25
                                              3
```

```
 1                   El Segundo, California
 2                 Tuesday, June 5, 2007
 3                        1:10 P.M.
 4
 5                         -oOo-
 6
 7                   ARTHUR BILGER,
 8              having been duly sworn
 9                 to tell the truth,
10          was examined and testified as follows:
11
12                      EXAMINATION
13   BY MR. SPERLEIN:
14       Q    Good afternoon, Mr. Bilger.
15            Thank you for coming.  I know you're busy.
16   I'm going to try to keep things as short as possible
17   today.  And I hope it wasn't too far for you.  We
18   tried to get a location that was convenient.
19            Have you ever had your deposition taken
20   before?
21       A    Yes.
22       Q    So you are familiar with this process.  But
23   I am going to go over the ground rules just to make
24   sure that we have a record, that we're clear on that
25   process.
```

13:10:32 (line 15)
13:10:45 (line 20)
13:10:53 (line 25)

                                                          4