Rebecca Calkins (SBN 195593)
Erin Ranahan (SBN 235286)
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone:   213-615-1700
Facsimile:   213-615-1750
Email: rcalkins@winston.com

Jennifer A. Golinveaux  (SBN 203056)
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA  94111
(415) 591-1506 (Telephone)
(415) 591-1400 (Facsimile)
Email: jgolinveaux@winston.com

Michael S. Elkin (*pro hac vice*)
Thomas P. Lane (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York  10166
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)
Email: melkin@winston.com
Email: tlane@winston.com

Attorneys for Plaintiff
VEOH NETWORKS, INC.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

| | |
|---|---|
| VEOH NETWORKS, INC. a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UMG RECORDINGS, INC., a Delaware corporation; UNIVERSAL MUSIC CORP., a New York corporation; SONGS OF UNIVERSAL, INC., a California corporation; UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., a Delaware corporation; RONDOR MUSIC INTERNATIONAL, INC., a California corporation; and DOES 1-10 inclusive<br><br>Defendant. | Case No. 07 CV 1568 TJW (BLM)<br><br>**DECLARATION OF REBECCA LAWLOR CALKINS IN SUPPORT OF VEOH NETWORKS, INC.'S EX PARTE APPLICATION FOR PERMISSION TO FILE SUR-REPLY IN SUPPORT OF VEOH'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date: October 15, 2007<br>Time: 10:00 a.m.<br>Judge: Hon. Thomas J. Whelan<br>Courtroom 7<br><br>Complaint Filed: August 9, 2007 |

LA:198671.1                                1

DECLARATION OF REBECCA LAWLOR CALKINS IN SUPPORT OF VEOH NETWORKS, INC.'S EX PARTE APPLICATION FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF VEOH'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASE NO. 07 CV 1568 TJW (BLM)

dockets.Justia.com

## DECLARATION OF REBECCA L. CALKINS

I, Rebecca Lawlor Calkins, declare as follows:

1. I am an attorney licensed to practice before the Courts of the State of California and this United States District Court. I am an associate with the law firm of Winston & Strawn LLP, attorneys for Defendant Veoh Networks, Inc. in this matter. I have personal knowledge of the matters set forth herein, and if called as a witness, could and would competently testify thereto.

2. On October 11, 2007 shortly after 10:00 a.m. I contacted Benjamin Glatstein, counsel for Defendants by telephone. I informed Mr. Glatstein of the issues Veoh saw with Defendants' statements regarding the transfer order and the fact that the amici brief Defendants represented as filed, was in actuality, never filed. I told Mr. Glatstein that Veoh intended to file an ex parte application requesting permission to file a sur-reply to clarify these facts. Mr. Glatstein informed me that Defendants would oppose such ex parte application.

3. Attached hereto as Exhibit A is a true and correct copy of the Sur-Reply Veoh requests permission to file through this ex parte.

3. Attached hereto as Exhibit B is a true and correct copy of the fax from Defendants' counsel with the transfer order, sent to Veoh's counsel after hours on September 25, 2007.

4. Attached hereto as Exhibit C is a true and correct copy of the General Order 07-02 in the Central District, pursuant to which the transfer order was prepared.

5. Attached hereto as Exhibit D is a true and correct copy of Judge Lloyd's denial of Viacom and NBC Universal's request to file amici brief in *Io Group, Inc. v. Veoh Networks, Inc.*, Case No. 06-03926.

I declare under penalty of perjury under the laws of the United States of America, the foregoing is true and correct. Executed on October 11, 2007, in Los Angeles, California.

/s/ Rebecca Lawlor Calkins

LA:198671.1

2

DECLARATION OF REBECCA LAWLOR CALKINS IN SUPPORT OF VEOH NETWORKS, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER CASE NO. 07 CV 1568 TJW (BLM)

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 333 South Grand Avenue, Los Angeles, CA 90071-1543. On October 11, 2007, I served the within documents:

**DECLARATION OF REBECCA LAWLOR CALKINS IN SUPPORT OF VEOH NETWORKS, INC.'S EX PARTE APPLICATION REQUESTING PERMISSION TO FILE SUR-REPLY IN SUPPORT OF VEOH'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

☐ On August 20, 2007, I sent such document(s) from facsimile machine 213-615-1750. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine 213-615-1750 which confirms said transmission and receipt.

☒ By Electronic Filing: The above and foregoing document(s) was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following

Steven A. Marenberg (smarenberg@irell.com)
Elliot Brown (ebrown@irell.com)
Benjamin Glatstein (bglatstein@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: (310) 277-1010
Fax: (310) 203-7199

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on October 11, 2007, at Los Angeles, California.

_____/s/ Arlene Zamora_____

LA:198671.1                                3

**DECLARATION OF REBECCA LAWLOR CALKINS IN SUPPORT OF VEOH NETWORKS, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER CASE NO. 07 CV 1568 TJW (BLM)**