TABLE OF CONTENTS FOR ATTACHMENTS TO
DECLARATION OF REBECCA LAWLOR CALKINS IN SUPPORT OF
EX PARTE APPLICATION FOR PERMISSION TO FILE SUR-REPLY

| | |
|---|---|
| EXHIBIT A TO DECLARATION OF REBECCA L. CALKINS | pp. 1-6 |
| EXHIBIT B TO DECLARATION OF REBECCA L. CALKINS | pp. 1-10 |
| EXHIBIT C TO DECLARATION OF REBECCA L. CALKINS | pp. 1-18 |
| EXHIBIT D TO DECLARATION OF REBECCA L. CALKINS | pp. 1-3 |