TABLE OF CONTENTS FOR ATTACHMENTS TO
DECLARATION OF REBECCA LAWLOR CALKINS IN SUPPORT OF SUR-REPLY

EXHIBIT A TO DECLARATION OF REBECCA L. CALKINS          pp. 1-18

EXHIBIT B TO DECLARATION OF REBECCA L. CALKINS          pp. 1-10

EXHIBIT C TO DECLARATION OF REBECCA L. CALKINS          pp. 1-3