1  Steven A. Marenberg (101033) (smarenberg@irell.com)
   Elliot Brown (150802) (ebrown@irell.com)
2  Brian D. Ledahl (186579) (bledahl@irell.com)
   Benjamin Glatstein (242034) (bglatstein@irell.com)
3  IRELL & MANELLA LLP
   1800 Avenue of the Stars, Suite 900
4  Los Angeles, California 90067-4276
   Telephone:   (310) 277-1010
5  Facsimile:   (310) 203-7199

6  Attorneys for Plaintiffs
   UMG Recordings, Inc.;
7  Universal Music Corp.;
   Songs of Universal, Inc.;
8  Universal-Polygram International Publishing, Inc.;
   and Rondor Music International, Inc.
9

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## SAN DIEGO DIVISION

| | |
|---|---|
| VEOH NETWORKS, INC., a California corporation, | Case No. 07 CV 1568-W-BLM |
| Plaintiff, | **NOTICE OF FILING OF CENTRAL DISTRICT COURT ORDER** |
| vs. | Date: None |
| UMG RECORDINGS, INC., a Delaware Corporation; UNIVERSAL MUSIC CORP., a New York corporation; SONGS OF UNIVERSAL, INC., a California corporation; UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., a Delaware corporation; RONDOR MUSIC INTERNATIONAL, INC., a California corporation; and DOES 1-10 INCLUSIVE, Defendants. | Judge: Hon. Thomas J. Whelan Courtroom 7 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

NOTICE OF FILING OF CENTRAL DISTRICT ORDER
CASE NO. 07 CV 1568-W-BLM

Dockets.Justia.com

1  UMG provides notice that, on October 25, 2007, in Case No. CV 07-5744
2  AHM (AJWx), *UMG Recordings, Inc. v. Veoh Networks, Inc.*, pending in the
3  Central District of California, Judge Matz entered the following electronic minute
4  order as docket entry 29.

5  "MINUTES OF IN CHAMBERS ORDER held before Judge A.
6  Howard Matz : The following chart reflects the key procedural
7  developments in this case and in Veoh Networks, Inc. v. UMG
8  Recordings, Inc. et al. (07-CV-01568 TJW), which is currently pending
9  before Judge Whelan in the Southern District of California (S.D. Action).
10 These two actions arise from a single dispute between the same parties.
11 Each party has brought suit in the forum of its choice. UMG is the first
12 party to move to replace the opposing partys forum. UMGs motion was
13 filed first and scheduled for hearing first. Given the fact that UMG filed
14 its motion to dismiss or transfer the S.D. Action before Veoh moved to
15 dismiss or transfer this action and given that the issues before this Court
16 involve the same considerations that are before Judge Whelan in UMGs
17 motion, the Court STAYS this action pending Judge Whelans ruling.
18 This Court will not consider it an imposition if Judge Whelan grants
19 UMGs motion to transfer the S.D. Action to this Court.  No hearing is
20 necessary. Fed. R. Civ. P. 78; L.R. 7-15. The Court will advise the parties
21 if a hearing becomes necessary.(smo)"

23 /
24 /
25 /
26 /
27 /

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

NOTICE OF FILING OF CENTRAL DISTRICT ORDER
CASE NO. 07 CV 1568-W-BLM

- 1 -

UMG respectfully provides this notice in connection with the Court's consideration of UMG's Motion to Dismiss or Transfer, Docket Entry 13.

Dated: October 25, 2007

IRELL & MANELLA LLP
Steven A. Marenberg
Elliot Brown
Benjamin Glatstein

By:/s Benjamin Glatstein

Attorneys for Plaintiffs
UMG RECORDINGS, INC.; UNIVERSAL MUSIC CORP.; SONGS OF UNIVERSAL, INC.; UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC.; RONDOR MUSIC INTERNATIONAL, INC.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

NOTICE OF FILING OF CENTRAL DISTRICT ORDER
CASE NO. 07 CV 1568-W-BLM

- 2 -