1  Steven A. Marenberg (101033) (smarenberg@irell.com)
   Elliot Brown (150802) (ebrown@irell.com)
2  Benjamin Glatstein (242034) (bglatstein@irell.com)
   IRELL & MANELLA LLP
3  1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
4  Telephone:  (310) 277-1010
   Facsimile:   (310) 203-7199
5
   Attorneys for Declaratory Defendants
6  UMG Recordings, Inc.;
   Universal Music Corp.;
7  Songs of Universal, Inc.;
   Universal-Polygram International Publishing, Inc.;
8  and Rondor Music International, Inc.

9              UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11                 SAN DIEGO DIVISION

| | |
|---|---|
| VEOH NETWORKS, INC., a California corporation, | Case No. 07 CV 1568-W-BLM |
| Plaintiff, | **SUPPLEMENTAL NOTICE OF FILING OF CENTRAL DISTRICT COURT ORDER** |
| vs. | |
| | Date: None |
| | Judge: Hon. Thomas J. Whelan |
| UMG RECORDINGS, INC., a Delaware Corporation; UNIVERSAL MUSIC CORP., a New York corporation; SONGS OF UNIVERSAL, INC., a California corporation; UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., a Delaware corporation; RONDOR MUSIC INTERNATIONAL, INC., a California corporation; and DOES 1-10 INCLUSIVE, | Courtroom 7 |
| Defendants. | |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

SUPPLEMENTAL NOTICE OF FILING OF CENTRAL
DISTRICT ORDER CASE NO. 07 CV 1568-W-BLM

Subsequent to its filing of its prior Notice of Filing of Central District Court Order (Docket # 26), UMG received a copy of the attached, printed copy of the minute order from the Central District of California in Case No. CV 07-5744 AHM (AJWx), *UMG Recordings, Inc. v. Veoh Networks, Inc.* Identical to the electronic version filed earlier, the printed order provides:

> Given the fact that UMG filed its motion to dismiss or transfer the S.D. Action before Veoh moved to dismiss or transfer this action and given that the issues before this Court involve the same considerations that are before Judge Whelan in UMG's motion, the Court STAYS this action pending Judge Whelan's ruling. *This Court will not consider it an imposition if Judge Whelan grants UMG's motion to transfer the S.D. Action to this Court.*

(Emphasis added.)

UMG hereby submits the attached printed copy of the order for the Court's convenience.

Dated: October 25, 2007

IRELL & MANELLA LLP
Steven A. Marenberg
Elliot Brown
Benjamin Glatstein

By: /s Benjamin Glatstein

Attorneys for Declaratory Defendants
UMG RECORDINGS, INC.;
UNIVERSAL MUSIC CORP.; SONGS OF UNIVERSAL, INC.; UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC.; RONDOR MUSIC INTERNATIONAL, INC.