Case 3:07-cv-01568-W-BLM   Document 27-2   Filed 10/26/2007   Page 1 of 2

Veoh Networks, Inc. v. UMG Recordings, Inc. et al                                                                Doc. 27 Att.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**AMENDED CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CV 07-5744 AHM (AJWx) |
| | Date   October 23, 2007 |
| Title | UMG RECORDINGS, INC., et al. v. VEOH NETWORKS, INC. |

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

DOCKETED ON CM
OCT 25 2007
BY _____ 077

Present: The Honorable   A. HOWARD MATZ, U.S. DISTRICT JUDGE

Stephen Montes
Deputy Clerk                Court Reporter / Recorder            Tape No.

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

**Proceedings:**   (In Chambers)--No Proceedings Held

The following chart reflects the key procedural developments in this case and in *Veoh Networks, Inc. v. UMG Recordings, Inc. et al.* (07-CV-01568 TJW), which is currently pending before Judge Whelan in the Southern District of California ("S.D. Action"). These two actions arise from a single dispute between the same parties. Each party has brought suit in the forum of its choice. UMG is the first party to move to replace the opposing party's forum. UMG's motion was filed first and scheduled for hearing first.

Given the fact that UMG filed its motion to dismiss or transfer the S.D. Action before Veoh moved to dismiss or transfer this action and given that the issues before this Court involve the same considerations that are before Judge Whelan in UMG's motion, the Court **STAYS** this action pending Judge Whelan's ruling. This Court will not consider it an imposition if Judge Whelan grants UMG's motion to transfer the S.D. Action to this Court.

No hearing is necessary. Fed. R. Civ. P. 78; L.R. 7-15. The Court will advise the parties if a hearing becomes necessary.

| DATE | EVENT | SOURCE |
|---|---|---|
| 8/9/07 | **Veoh filed suit against UMG for declaratory relief in the Southern District of California (herein, "S.D. action" and in bold).** | OM at 1; Docket. |
| 9/4/07 | UMG filed this suit against Veoh in this Court. | OM at 1; Docket. |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

AMENDED CIVIL MINUTES - GENERAL

Case No.  CV 07-5744 AHM (AJWx)                              Date  October 23, 2007

Title     UMG RECORDINGS, INC., et al. v. VEOH NETWORKS, INC.

| Date | Event | Source |
|---|---|---|
| 9/4/07 | **UMG filed a motion to dismiss, or in the alternative, to transfer the S.D. action to the Central District.** | OM at 1; Glatstein Decl. Ex. 1. |
| 9/18/07 | The Clerk of this Court transferred this action from the docket of Judge Wu to this Court's docket. | Opp. at 1. |
| 9/26/07 | Veoh filed this motion to dismiss, or in the alternative, to transfer or stay. | Docket. |
| 9/26/07 | **Veoh filed its Opposition to UMG's Motion.** | Glatstein Decl. Ex. 2. |
| 10/03/07 | **UMG filed its Reply in Support of its Motion.** | Glatstein Decl. Ex. 3. |
| 10/9/07 | UMG filed its Opposition to Veoh's Motion. | Docket. |
| 10/12/07 | **Veoh filed an *ex parte* application for leave to file a sur-reply in opposition to UMG's Motion; no ruling on the application appears on the S.D. action's docket.** | S.D. Action Docket. |
| 10/15/07 | **UMG's Motion was noticed for hearing; it appears that a hearing did not take place.** | S.D. Action Docket. |
| 10/22/07 | Veoh filed its Reply in Support of its Motion. | Docket. |
| 10/29/07 | Veoh's Motion is scheduled for hearing in this Court. | Docket. |

                                                    Initials of Preparer        SMO