# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Veoh Networks, Inc.

                V.

UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc., Universal-Polygram International Publishing, Inc., Rondor Music International Inc.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   07-CV-1568 W (BLM)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court grants Defendant's Motion to Dismiss or Transfer and dismisses Plaintiff's case without prejudice.

| November 15, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ A. Everill |
| | (By) Deputy Clerk |
| | ENTERED ON November 15, 2007 |

07-CV-1568 W (BLM)